**FILED**

7/18/02

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

DEC 0 4 2007

DEC 04 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

SAM COOK
_____
Plaintiff

v.

TERRY McCANN
_____
Defendant(s)  (WARDEN)

07CV6851
JUDGE SHADUR
MAGISTRATE JUDGE VALDEZ

---

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, SAM COOK_____, declare that I am the ☒plaintiff ☐petitioner ☐movant (other_____) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☒ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?  ☒Yes  ☐No  (If "No," go to Question 2)
   I.D. # #B-39841  Name of prison or jail: STATEVILLE CORRECTIONAL CENTER
   Do you receive any payment from the institution? ☒Yes ☐No  Monthly amount: $6.00

2. Are you currently employed?  ☐Yes  ☐No
   Monthly salary or wages: 0.00
   Name and address of employer: N/A

   a. If the answer is "No":
      Date of last employment: N/A
      Monthly salary or wages: 0.00
      Name and address of last employer: N/a

   b. Are you married?  ☐Yes  ☒No
      Spouse's monthly salary or wages: N/A
      Name and address of employer: N/A

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a. Salary or wages  ☐Yes  ☒No
      Amount N/A  Received by N/A

    b.    ☐ Business, ☐ profession or ☐ other self-employment    ☐ Yes    ☒ No
Amount __0.00__ Received by __N/A__

    c.    ☐ Rent payments, ☐ interest or ☐ dividends    ☐ Yes    ☐ No
Amount __0.00__ Received by __N/A__

    d.    ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
    ☐ Yes    ☒ No
Amount __0.00__ Received by __N/A__

    e.    ☐ Gifts or ☐ inheritances    ☐ Yes    ☒ No
Amount __0.00__ Received by __N/A__

    f.    ☐ Any other sources (state source: _____ )    ☐ Yes    ☒ No
Amount __0.00__ Received by __N/A__

4. Do you or anyone else living at the same address have more than $200 in cash or checking or savings accounts?   ☐ Yes  ☐ No  Total amount: _____
In whose name held: _____ Relationship to you: _____

5. Do you or anyone else living at the same address own any stocks, bonds, securities or other financial instruments?   ☐ Yes  ☒ No
Property: __N/A__ Current Value: __0.00__
In whose name held: _____ Relationship to you: _____

6. Do you or anyone else living at the same address own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?   ☐ Yes  ☒ No
Address of property: _____
Type of property: __N/A__ Current value: __0.00__
In whose name held: _____ Relationship to you: _____
Amount of monthly mortgage or loan payments: _____
Name of person making payments: _____

7. Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
  ☐ Yes  ☒ No
Property: __N/A__
Current value: __0.00__
In whose name held: _____ Relationship to you: _____

8. List the persons <u>who are dependent on you for support</u>, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☒ No dependents

_____
_____

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 11-20-07

*Sam Cook*
Signature of Applicant

SAM COOK #B-39841
(Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

## CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, SAM COOK, I.D.# B-#(*$!, has the sum of $ 0.00 on account to his/her credit at (name of institution) STATEVILLE. I further certify that the applicant has the following securities to his/her credit: ~~$20.00~~. I further certify that during the past six months the applicant's average monthly deposit was $ 23.61. (Add all deposits from all sources and then divide by number of months).

11-20-07
DATE

T. C——
SIGNATURE OF AUTHORIZED OFFICER

T. Curricione
(Print name)

rev. 7/18/02

**Inmate: B39841 Cook, Sam**　　　　　　　　　　**Housing Unit: STA-D -03-41**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---:|---:|
| | | | | | Beginning Balance: | | 0.05 |
| 01/03/07 | Mail Room | 01 MO/Checks (Not Held) | 0032163 | 248607 | Reynolds, Hade | 20.00 | 20.05 |
| 01/08/07 | Payroll | 20 Payroll Adjustment | 008190 | | P/R month of 12/2006 | 3.75 | 23.80 |
| 01/09/07 | Disbursements | 84 Library | 009390 | Chk #132512 | 10825, DOC: Library Copies, Inv Date: 12/26/2006 | -.45 | 23.35 |
| 01/10/07 | Point of Sale | 60 Commissary | 0107150 | 479326 | Commissary | -22.92 | .43 |
| 01/29/07 | Mail Room | 01 MO/Checks (Not Held) | 0292163 | P1026986 | Cook, Melsie | 20.00 | 20.43 |
| 01/29/07 | Mail Room | 01 MO/Checks (Not Held) | 0292163 | P1026985 | Cook, Melsie | 25.00 | 45.43 |
| 02/06/07 | Point of Sale | 60 Commissary | 037783 | 482569 | Commissary | -45.38 | .05 |
| 02/14/07 | Payroll | 20 Payroll Adjustment | 0451148 | | P/R month of 01/2007 | 8.25 | 8.30 |
| 02/22/07 | Disbursements | 88 Legal Records Fola FILE#NO06-1541 | 0533148 | Chk #133275 | C8237, Chicago Police Departme, Inv. Date 02/21/2007 | -2.02 | 6.28 |
| 02/27/07 | Mail Room | 01 MO/Checks (Not Held) | 058291 | 252236 | Cook, Charles | 15.00 | 21.28 |
| 03/06/07 | Point of Sale | 60 Commissary | 0657142 | 486187 | Commissary | -20.53 | .75 |
| 03/09/07 | Mail Room | 01 MO/Checks (Not Held) | 0682163 | 456432 | Davis, Charlie | 20.00 | 20.75 |
| 03/09/07 | Payroll | 20 Payroll Adjustment | 0681148 | | P/R month of 02/2007 | 5.25 | 26.00 |
| 03/12/07 | Disbursements | 90 Medical Co-Pay | 071337 | Chk #133587 | C9109, DOC: 523 Fund Reimburse, Inv. Date. 03/09/2007 | -2.00 | 24.00 |
| 03/14/07 | Point of Sale | 60 Commissary | 0737142 | 487535 | Commissary | -23.66 | .34 |
| 04/06/07 | Payroll | 20 Payroll Adjustment | 0961148 | | P/R month of 03/2007 | .75 | 1.09 |
| 04/27/07 | Mail Room | 01 MO/Checks (Not Held) | 117291 | 254971 | Cook, Melsie | 25.00 | 26.09 |
| 04/30/07 | Disbursements | 84 Library | 120337 | Chk #134272 | C10493, DOC: 523 Fund Library, Inv. Date: 04/20/2007 | -.30 | 25.79 |
| 04/30/07 | Disbursements | 84 Library | 120337 | Chk #134272 | C11015, DOC: 523 Fund Library, Inv. Date: 04/30/2007 | -1.00 | 24.79 |
| 04/30/07 | Disbursements | 93 R & C - UPS | 120337 | Chk #134273 | C9748, Stateville CC Inmate Be, Inv. Date: 03/28/2007 | -4.61 | 20.18 |
| 05/03/07 | Mail Room | 01 MO/Checks (Not Held) | 1232164 | 624047 | Stennis, Sherika | 30.00 | 50.18 |
| 05/16/07 | Disbursements | 80 Postage | 136337 | Chk #134509 | g9802, DOC: 523 Fund Reimburse, Inv. Date: 05/08/2007 | -.39 | 49.79 |
| 05/16/07 | Disbursements | 80 Postage | 136337 | Chk #134509 | G9623, DOC: 523 Fund Reimburse, Inv. Date: 05/07/2007 | -.39 | 49.40 |
| 05/18/07 | Point of Sale | 60 Commissary | 1387142 | 494336 | Commissary | -48.99 | .41 |
| 06/08/07 | Mail Room | 01 MO/Checks (Not Held) | 1592164 | P1044465 | Reynolds, Hade | 30.00 | 30.41 |
| 06/12/07 | Point of Sale | 60 Commissary | 1637137 | 496720 | Commissary | -30.09 | .32 |
| 06/19/07 | Mail Room | 01 MO/Checks (Not Held) | 1702164 | 460217 | Cook, Charlie | 20.00 | 20.32 |
| 06/19/07 | Mail Room | 01 MO/Checks (Not Held) | 1702164 | P1047302 | Cook, Milsie | 30.00 | 50.32 |
| 06/19/07 | Point of Sale | 60 Commissary | 170720 | 497689 | Commissary | -50.21 | .11 |
| 06/21/07 | Mail Room | 01 MO/Checks (Not Held) | 1722164 | 258482 | Adams, Stella | 20.00 | 20.11 |
| 07/10/07 | Payroll | 20 Payroll Adjustment | 1911148 | | P/R month of 06/2007 | 10.50 | 30.61 |
| 07/25/07 | Point of Sale | 60 Commissary | 2067150 | 500634 | Commissary | -12.41 | 18.20 |
| 08/07/07 | Point of Sale | 60 Commissary | 2197150 | 501854 | Commissary | -18.04 | .16 |
| 08/08/07 | Payroll | 20 Payroll Adjustment | 2201148 | | P/R month of 07/2007 | .00 | .16 |
| 08/29/07 | Mail Room | 01 MO/Checks (Not Held) | 2412164 | 254203593 | Cook, Melsie | 40.00 | 40.16 |
| 09/06/07 | Mail Room | 01 MO/Checks (Not Held) | 2492164 | P1056701 | Cook, Milsie | 50.00 | 90.16 |
| 09/13/07 | Payroll | 20 Payroll Adjustment | 2561148 | | P/R month of 08/2007 | .75 | 90.91 |
| 09/17/07 | Point of Sale | 60 Commissary | 2607137 | 506390 | Commissary | -87.44 | 3.47 |
| 09/24/07 | Point of Sale | 60 Commissary | 267781 | 507660 | Commissary | -3.22 | .25 |
| 10/09/07 | Payroll | 20 Payroll Adjustment | 282190 | | P/R month of 09/2007 | 6.00 | 6.25 |
| 10/11/07 | Point of Sale | 60 Commissary | 2847137 | 509763 | Commissary | -6.08 | .17 |

**Inmate:** B39841 Cook, Sam                     **Housing Unit:** STA-D -03-41

|  |  |
|---|---:|
| Total Inmate Funds: | 17 |
| Less Funds Held For Orders: | 00 |
| Less Funds Restricted: | 15 |
| Funds Available: | 02 |
| Total Furloughs: | 00 |
| Total Voluntary Restitutions: | 00 |

**RESTRICTIONS**

| Invoice Date | Invoice Number | Type | Description | Vendor | Amount |
|---|---|---|---|---|---:|
| 10/09/2007 | j1009494 | Disb | Copies | 2 DOC: 523 Fund Library | $0.15 |
|  |  |  |  | **Total Restrictions:** | **$0.15** |

Date: 11/20/2007  
Time: 8:55am  
d_list_inmate_trans_statement_composite

Case 1:07-cv-06851   Document 3   Filed 12/04/2007   Page 6 of 6

Page 1

**Stateville Correctional Center**
**Trust Fund**
Inmate Transaction Statement

REPORT CRITERIA - Date: 06/20/2007 thru End;    Inmate: B39841;    Active Status Only ? : No;    Print Restrictions ? : Yes;
Transaction Type: All Transaction Types;    Print Furloughs / Restitutions ? : Yes;    Include Inmate Totals ? : Yes;    Print Balance Errors Only ? : No

**Inmate: B39841 Cook, Sam**                                         **Housing Unit: STA-D -03-38**

| Date | Source | Transaction Type | Batch | Reference # | Description | Amount | Balance |
|---|---|---|---|---|---|---|---|
| | | | | | Beginning Balance: | | 0.11 |
| 06/21/07 | Mail Room | 01 MO/Checks (Not Held) | 1722164 | 258482 | Adams, Stella | 20.00 | 20.11 |
| 07/10/07 | Payroll | 20 Payroll Adjustment | 1911148 | | P/R month of 06/2007 | 10.50 | 30.61 |
| 07/25/07 | Point of Sale | 60 Commissary | 2067150 | 500634 | Commissary | -12.41 | 18.20 |
| 08/07/07 | Point of Sale | 60 Commissary | 2197150 | 501854 | Commissary | -18.04 | .16 |
| 08/08/07 | Payroll | 20 Payroll Adjustment | 2201148 | | P/R month of 07/2007 | .00 | .16 |
| 08/29/07 | Mail Room | 01 MO/Checks (Not Held) | 2412164 | 254203593 | Cook, Melsie | 40.00 | 40.16 |
| 09/06/07 | Mail Room | 01 MO/Checks (Not Held) | 2492164 | P1056701 | Cook, Milsie | 50.00 | 90.16 |
| 09/13/07 | Payroll | 20 Payroll Adjustment | 2561148 | | P/R month of 08/2007 | .75 | 90.91 |
| 09/17/07 | Point of Sale | 60 Commissary | 2607137 | 506390 | Commissary | -87.44 | 3.47 |
| 09/24/07 | Point of Sale | 60 Commissary | 267781 | 507660 | Commissary | -3.22 | .25 |
| 10/09/07 | Payroll | 20 Payroll Adjustment | 282190 | | P/R month of 09/2007 | 6.00 | 6.25 |
| 10/11/07 | Point of Sale | 60 Commissary | 2847137 | 509763 | Commissary | -6.08 | .17 |
| 10/15/07 | Disbursements | 84 Library | 288390 | Chk #136656 | j1009494, DOC: 523 Fund Librar, Inv. Date: 10/09/2007 | -.15 | .02 |
| 11/12/07 | Payroll | 20 Payroll Adjustment | 316190 | | P/R month of 10/2007 | 14.40 | 14.42 |
| 11/14/07 | Disbursements | 84 Library | 318390 | Chk #137102 | C1105212, DOC: 523 Fund Librar, Inv. Date: 11/05/2007 | -1.00 | 13.42 |
| 11/14/07 | Disbursements | 84 Library | 318390 | Chk #137102 | C1105222, DOC: 523 Fund Librar, Inv. Date: 11/05/2007 | -2.00 | 11.42 |
| 11/14/07 | Point of Sale | 60 Commissary | 3187142 | 513509 | Commissary | -11.34 | .08 |

|  |  |
|---|---|
| Total Inmate Funds: | .08 |
| Less Funds Held For Orders: | .00 |
| Less Funds Restricted: | .00 |
| Funds Available: | .08 |
| Total Furloughs: | .00 |
| Total Voluntary Restitutions: | .00 |