UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION



SAM COOK )
    PLAINTIFF(S) )
)
-VS- ) CASE No. ~~98-CR-3072T~~
)
TERRY McCANN (WARDEN) ) JUDGE
    DEFENDANT(S) ) MAGISTRATE JUDGE:
) ~~HENREY R. SIMMONS~~

**FILED**
DEC 04 2007
DEC 04 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## MOTION FOR APPOINTMENT OF COUNSEL

1. I, __SAM COOK__, declare that I am the (check appropriate box) [X] plaintiff [ ] defendant to the above-entitle proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding:

   Northwestern Univesity Criminal Defense of Law
   Paul Univesity Criminal Defense of Law
   Howard M. Rubin

3. In further support of my motion, I declare that (check appropriate box):

   [X] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or Criminal proceeding before this Court.

   [ ] I am currenly, or previously have been, represented by an attorney appointed by this Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   [X] I have attached an original Application to Proceed In Forma Pauperis detailing my financial status.

   [ ] I have previously filed an Application to Proceed In Forma Pauperis in this proceeding and it is a true and correct representation of my financial status.

   [ ] I have previously filed an Application to Proceed In Forma Pauperis in this proceeding; However, my financial status has changed and I have attached an amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5. I declare under penalty of perjury that the foregoing is true and correct.

07CV6851
JUDGE SHADUR
MAGISTRATE JUDGE VALDEZ

Date: 11-30-07

MOVANT'S SIGNATURE: *Sam Cook*
STREET ADDRESS: PO Box 112
CITY/STATE/ZIP: Joliet Ill 60434