**FILED**

DEC 04 2007 *aew*  11-28-2007

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT



My name is Sam Cook #B39841 I'm current at Stateville My Case number is 98-CR-30721 I mailed my fee Out a week to your Office concerning my Writ of Habeas Corpus Please take notice of it Thank you and Bless you and your family

07CV6851
JUDGE SHADUR
MAGISTRATE JUDGE VALDEZ

Sam Cook
#B39841
PO Box 112
Joliet Ill 60434