**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Sam Cook

           Plaintiff,

v.　　　　　　　　　　　　　　　　　　Case No.: 1:07−cv−06851
　　　　　　　　　　　　　　　　　　　Honorable Milton I. Shadur

Terry McCainn

           Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, December 12, 2007:

    MINUTE entry before Judge Milton I. Shadur :Enter Memorandum Order. Both Cook and the Attorney General's office are ordered to respond solely on the statute of limitations issue − − not on the merits of Cook's contentions by a filing to be received in this District Court on or before January 11, 2008. Motion for leave to proceed in forma pauperis[3] denied. Cook should promptly remit a check or money order for $5 payable to the Clerk of Court, United States District Court. Motion to appoint counsel [4] is denied, subject to possible further review based either (1) on the basis for Cook's response of (2) for purposes of addressing the merits if the Petition survives as timely brought.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.