**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number:   07 C 6851 |

United States of America ex rel. Sam Cook, Petitioner

v.

Terry McCann, Warden, Respondent.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Terry McCann, Warden, Respondent.

| |
|---|
| NAME (Type or print) |
|     Sheri Wong |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|     s/ Sheri Wong |
| FIRM |
|     Office of the Illinois Attorney General - Criminal Appeals Division |
| STREET ADDRESS |
|     100 W. Randolph, 12th Floor |
| CITY/STATE/ZIP |
|     Chicago, Illinois 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6291090 | 312-814-3692 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES  X | NO  G |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES  G | NO  X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES  G | NO  X |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES  X | NO  G |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL  G        APPOINTED COUNSEL  G