IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION,

United States of America ex rel. )
SAM COOK, )
       Petitioner, ) No. 07 C 6851
       vs. )
TERRY McCANN, WARDEN, Stateville ) Hopnorable: MILTON SHADUR
Correctional Center, ) Presiding Judge
       Respondent.

**FILED** JAN 28 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MOTION TO VACTER ORDER OF JANUARY 04, 2008

    Now comes the Petitioner, SAM COOK, and respectfully moves this Honorable Court to VACATE its ORDER of JANUARY 04, 2008, for the following reasons:

1. The hereto attached court docte sheet shows beyond doubt that there was not, norbhas thee ever been a 8 1/2 month deays in his filing;

2. Further, the docuate sheets shows that all delays in regards to the times was by the circuit court in its failure to reply;

3. That the docuate sheets show that each time there was a delay and that at no time was there a time gap of 8 1/2 months as thjis court has stated;

4. That petitrioner submits the docuate sheet ass exhibit to the proof that the 8 1/2 month did not exist.

WHEREFORE, petitioner would respectfully pray that this Honorable Court vACTE its order of JANUARY 04, 2008 and REINSTATE PETITIONERS WRIT, or in the alternative, accept this as notice of appeal along with the attached ppers.

DATED: 1-16-2008, 2008:

Respectfully Submitted,

_Sam Cook_
SAM COOK B-39941

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS          Page 001

PEOPLE OF THE STATE OF ILLINOIS

              VS            NUMBER 98CR3072101

SAM          COOK

### CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

Charging the above named defendant with:

```
720-5/9-1(A)(1)                    F       MURDER/INTENT TO KILL/INJ
720-5/9-1(A)(2)                    F       MURDER/STRONG PROB KILL/INJURE
```

The following disposition(s) was/were rendered before the Honorable Judge(s):

```
12/01/98 IND/INFO-CLK OFFICE-PRES JUDGE          12/18/98 1701
         98CR3072101 ID# CR100820209
12/18/98 CASE ASSIGNED                           12/18/98 1718
         FITZGERALD, THOMAS R.
12/18/98 DEFENDANT IN CUSTODY
         SIMMONS,HENRY R. JR
12/18/98 PRISONER DATA SHEET TO ISSUE
         SIMMONS,HENRY R. JR
12/18/98 APPEARANCE FILED
         SIMMONS,HENRY R. JR
12/18/98 DEFENDANT ARRAIGNED
         SIMMONS,HENRY R. JR
12/18/98 PLEA OF NOT GUILTY
         SIMMONS,HENRY R. JR
12/18/98 CONTINUANCE BY AGREEMENT                01/14/99
         SIMMONS,HENRY R. JR
01/14/99 DEFENDANT IN CUSTODY
         SIMMONS,HENRY R. JR
01/14/99 PRISONER DATA SHEET TO ISSUE
         SIMMONS,HENRY R. JR
01/14/99 CONTINUANCE BY AGREEMENT                02/10/99
         SIMMONS,HENRY R. JR
02/10/99 DEFENDANT IN CUSTODY
         SIMMONS,HENRY R. JR
02/10/99 PRISONER DATA SHEET TO ISSUE
         SIMMONS,HENRY R. JR
02/10/99 CONTINUANCE BY AGREEMENT                03/12/99
         SIMMONS,HENRY R. JR
```

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS     Page 002

PEOPLE OF THE STATE OF ILLINOIS

               VS               NUMBER 98CR3072101

SAM          COOK

### CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

```
The States Attorney of Cook County filed an INDICTMENT/INFORMATION
03/12/99 DEFENDANT IN CUSTODY
         SIMMONS,HENRY R. JR
03/12/99 PRISONER DATA SHEET TO ISSUE
         SIMMONS,HENRY R. JR
03/12/99 CONTINUANCE BY AGREEMENT                    04/13/99
         SIMMONS,HENRY R. JR
04/13/99 DEFENDANT IN CUSTODY
         SIMMONS,HENRY R. JR
04/13/99 PRISONER DATA SHEET TO ISSUE
         SIMMONS,HENRY R. JR
04/13/99 CONTINUANCE BY AGREEMENT                    05/25/99
         SIMMONS,HENRY R. JR
05/25/99 DEFENDANT IN CUSTODY
         SIMMONS,HENRY R. JR
05/25/99 PRISONER DATA SHEET TO ISSUE
         SIMMONS,HENRY R. JR
05/25/99 CONTINUANCE BY AGREEMENT                    06/23/99
         SIMMONS,HENRY R. JR
06/23/99 DEFENDANT IN CUSTODY
         SIMMONS,HENRY R. JR
06/23/99 PRISONER DATA SHEET TO ISSUE
         SIMMONS,HENRY R. JR
06/23/99 CONTINUANCE BY AGREEMENT                    06/24/99
         SIMMONS,HENRY R. JR
06/24/99 DEFENDANT IN CUSTODY
         SIMMONS,HENRY R. JR
06/24/99 PRISONER DATA SHEET TO ISSUE
         SIMMONS,HENRY R. JR
06/24/99 BEHAVIOR CLINIC EXAM ORDERED                06/24/99
         SIMMONS,HENRY R. JR
06/24/99 CONTINUANCE BY AGREEMENT                    08/04/99
         SIMMONS,HENRY R. JR
08/04/99 DEFENDANT IN CUSTODY
         SIMMONS,HENRY R. JR
08/04/99 PRISONER DATA SHEET TO ISSUE
         SIMMONS,HENRY R. JR
08/04/99 CONTINUANCE BY AGREEMENT                    09/02/99
         SIMMONS,HENRY R. JR
```

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS    Page 003

PEOPLE OF THE STATE OF ILLINOIS

                VS          NUMBER 98CR3072101

SAM         COOK

            CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
```
09/02/99 DEFENDANT IN CUSTODY
         SIMMONS,HENRY R. JR
09/02/99 PRISONER DATA SHEET TO ISSUE
         SIMMONS,HENRY R. JR
09/02/99 CONTINUANCE BY AGREEMENT                      09/28/99
         SIMMONS,HENRY R. JR
09/28/99 DEFENDANT IN CUSTODY
         SIMMONS,HENRY R. JR
09/28/99 PRISONER DATA SHEET TO ISSUE
         SIMMONS,HENRY R. JR
09/28/99 DISCOVERY ANSWER FILED                              2
         SIMMONS,HENRY R. JR
09/28/99 CHANGE PRIORITY STATUS          R
         SIMMONS,HENRY R. JR
09/28/99 WITNESSES ORDERED TO APPEAR
         SIMMONS,HENRY R. JR
09/28/99 CONTINUANCE BY AGREEMENT                      11/12/99
         SIMMONS,HENRY R. JR
11/12/99 DEFENDANT IN CUSTODY
         SIMMONS,HENRY R. JR
11/12/99 PRISONER DATA SHEET TO ISSUE
         SIMMONS,HENRY R. JR
11/12/99 WITNESSES ORDERED TO APPEAR
         SIMMONS,HENRY R. JR
11/12/99 CONTINUANCE BY AGREEMENT                      01/13/00
         SIMMONS,HENRY R. JR
01/13/00 DEFENDANT IN CUSTODY                          00/00/00
         LACY, WILLIAM G.
01/13/00 PRISONER DATA SHEET TO ISSUE                  00/00/00
         LACY, WILLIAM G.
01/13/00 CONTINUANCE BY AGREEMENT                      03/09/00
         LACY, WILLIAM G.
03/09/00 DEFENDANT IN CUSTODY                          00/00/00
         SALONE MARCUS R.
03/09/00 PRISONER DATA SHEET TO ISSUE                  00/00/00
         SALONE MARCUS R.
03/09/00 CONTINUANCE BY AGREEMENT                      04/18/00
         SALONE MARCUS R.
```

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS          Page 004

PEOPLE OF THE STATE OF ILLINOIS

                VS               NUMBER 98CR3072101

SAM         COOK

### CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION

```
04/18/00 DEFENDANT IN CUSTODY                    00/00/00
    SIMMONS,HENRY R. JR
04/18/00 PRISONER DATA SHEET TO ISSUE            00/00/00
    SIMMONS,HENRY R. JR
04/18/00 CONTINUANCE BY AGREEMENT                05/03/00
    SIMMONS,HENRY R. JR
05/03/00 DEFENDANT IN CUSTODY                    00/00/00
    SIMMONS,HENRY R. JR
05/03/00 PRISONER DATA SHEET TO ISSUE            00/00/00
    SIMMONS,HENRY R. JR
05/03/00 CONTINUANCE BY AGREEMENT                06/12/00
    SIMMONS,HENRY R. JR
06/12/00 DEFENDANT IN CUSTODY                    00/00/00
    SIMMONS,HENRY R. JR
06/12/00 PRISONER DATA SHEET TO ISSUE            00/00/00
    SIMMONS,HENRY R. JR
06/12/00 WITNESSES ORDERED TO APPEAR             00/00/00
    SIMMONS,HENRY R. JR
06/12/00 CONTINUANCE BY AGREEMENT                08/16/00
    SIMMONS,HENRY R. JR
08/16/00 DEFENDANT IN CUSTODY                    00/00/00
    SIMMONS,HENRY R. JR
08/16/00 PRISONER DATA SHEET TO ISSUE            00/00/00
    SIMMONS,HENRY R. JR
08/16/00 WITNESSES ORDERED TO APPEAR             00/00/00
    SIMMONS,HENRY R. JR
08/16/00 CONTINUANCE BY AGREEMENT                09/20/00
    SIMMONS,HENRY R. JR
09/20/00 DEFENDANT IN CUSTODY                    00/00/00
    SIMMONS,HENRY R. JR
09/20/00 PRISONER DATA SHEET TO ISSUE            00/00/00
    SIMMONS,HENRY R. JR
09/20/00 WITNESSES ORDERED TO APPEAR             00/00/00
    SIMMONS,HENRY R. JR
09/20/00 CONTINUANCE BY AGREEMENT                10/12/00
    SIMMONS,HENRY R. JR
10/12/00 DEFENDANT IN CUSTODY                    00/00/00
    SIMMONS,HENRY R. JR
```

```
            IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS        Page 005

     PEOPLE OF THE STATE OF ILLINOIS

                        VS                  NUMBER 98CR3072101

     SAM          COOK

                 CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

     I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
10/12/00 PRISONER DATA SHEET TO ISSUE            00/00/00
       SIMMONS,HENRY R. JR
10/12/00 WITNESSES ORDERED TO APPEAR             00/00/00
       SIMMONS,HENRY R. JR
10/12/00 CONTINUANCE BY AGREEMENT                11/15/00
       SIMMONS,HENRY R. JR
11/15/00 DEFENDANT IN CUSTODY                    00/00/00
       SIMMONS,HENRY R. JR
11/15/00 PRISONER DATA SHEET TO ISSUE            00/00/00
       SIMMONS,HENRY R. JR
11/15/00 WITNESSES ORDERED TO APPEAR             00/00/00
       SIMMONS,HENRY R. JR
11/15/00 CONTINUANCE BY AGREEMENT                12/11/00
       SIMMONS,HENRY R. JR
12/11/00 PRISONER DATA SHEET TO ISSUE            00/00/00
       SIMMONS,HENRY R. JR
12/11/00 MOTION TO WITHDRAW AS ATTORNEY                  S       2
       DICKINSON
       SIMMONS,HENRY R. JR
12/11/00 PUBLIC DEFENDER APPOINTED               00/00/00
       SIMMONS,HENRY R. JR
12/11/00 MOTION DEFT - CONTINUANCE - MD          01/31/01
       SIMMONS,HENRY R. JR
01/31/01 DEFENDANT IN CUSTODY                    00/00/00
       SIMMONS,HENRY R. JR
01/31/01 PRISONER DATA SHEET TO ISSUE            00/00/00
       SIMMONS,HENRY R. JR
01/31/01 CONTINUANCE BY AGREEMENT                03/09/01
       SIMMONS,HENRY R. JR
03/09/01 DEFENDANT IN CUSTODY                    00/00/00
       SIMMONS,HENRY R. JR
03/09/01 PRISONER DATA SHEET TO ISSUE            00/00/00
       SIMMONS,HENRY R. JR
03/09/01 MOTION DEFT - CONTINUANCE - MD          04/19/01
       SIMMONS,HENRY R. JR
04/19/01 DEFENDANT IN CUSTODY                    00/00/00
       SIMMONS,HENRY R. JR
```

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS        Page 006

PEOPLE OF THE STATE OF ILLINOIS

                 VS                NUMBER 98CR3072101

SAM        COOK

### CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION

```
04/19/01 PRISONER DATA SHEET TO ISSUE           00/00/00
     SIMMONS,HENRY R. JR
04/19/01 WITNESSES ORDERED TO APPEAR            00/00/00
     WITH JURY
     SIMMONS,HENRY R. JR
04/19/01 CONTINUANCE BY AGREEMENT               06/25/01
     SIMMONS,HENRY R. JR
06/25/01 DEFENDANT IN CUSTODY                   00/00/00
     LACY, WILLIAM G.
06/25/01 PRISONER DATA SHEET TO ISSUE           00/00/00
     LACY, WILLIAM G.
06/25/01 CONTINUANCE BY AGREEMENT               07/06/01
     LACY, WILLIAM G.
07/06/01 DEFENDANT IN CUSTODY                   00/00/00
     LACY, WILLIAM G.
07/06/01 PRISONER DATA SHEET TO ISSUE           00/00/00
     LACY, WILLIAM G.
07/06/01 CONTINUANCE BY AGREEMENT               07/09/01
     LACY, WILLIAM G.
07/09/01 DEFENDANT IN CUSTODY                   00/00/00
     SIMMONS,HENRY R. JR
07/09/01 PRISONER DATA SHEET TO ISSUE           00/00/00
     SIMMONS,HENRY R. JR
07/09/01 WITNESSES ORDERED TO APPEAR            00/00/00
     SIMMONS,HENRY R. JR
07/09/01 CONTINUANCE BY AGREEMENT               08/06/01
     SIMMONS,HENRY R. JR
08/06/01 DEFENDANT IN CUSTODY                   00/00/00
     SIMMONS,HENRY R. JR
08/06/01 PRISONER DATA SHEET TO ISSUE           00/00/00
     SIMMONS,HENRY R. JR
08/06/01 BEHAVIOR CLINIC EXAM ORDERED           08/06/01
     SIMMONS,HENRY R. JR
08/06/01 ENTERED AND CONTINUED                  00/00/00
     SIMMONS,HENRY R. JR
08/06/01 CONTINUANCE BY AGREEMENT               08/08/01
     SIMMONS,HENRY R. JR
```

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS          Page 009

PEOPLE OF THE STATE OF ILLINOIS

                            VS                    NUMBER 98CR3072101

SAM          COOK

### CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION

| Date | Event | Ref | Date2 | | |
|---|---|---|---|---|---|
| 01/30/02 | PRISONER DATA SHEET TO ISSUE SIMMONS,HENRY R. JR | | 00/00/00 | | |
| 01/30/02 | WITNESSES ORDERED TO APPEAR SIMMONS,HENRY R. JR | | 00/00/00 | | |
| 01/30/02 | TRIAL COMENCED AND CONTINUED SIMMONS,HENRY R. JR | | 01/31/02 | | |
| 01/31/02 | DEFENDANT IN CUSTODY SIMMONS,HENRY R. JR | | 00/00/00 | | |
| 01/31/02 | PRISONER DATA SHEET TO ISSUE SIMMONS,HENRY R. JR | | 00/00/00 | | |
| 01/31/02 | VERDICT OF GUILTY SIMMONS,HENRY R. JR | C001 | 00/00/00 | | |
| 01/31/02 | BAIL REVOKED SIMMONS,HENRY R. JR | | 00/00/00 | | |
| 01/31/02 | PRE-SENT INVEST. ORD, CONTD TO SIMMONS,HENRY R. JR | | 00/00/00 | | |
| 01/31/02 | CONTINUANCE BY ORDER OF COURT SIMMONS,HENRY R. JR | | 02/25/02 | | |
| 02/25/02 | DEFENDANT IN CUSTODY SIMMONS,HENRY R. JR | | 00/00/00 | | |
| 02/25/02 | PRISONER DATA SHEET TO ISSUE SIMMONS,HENRY R. JR | | 00/00/00 | | |
| 02/25/02 | MOTION DEFT - CONTINUANCE - MD SIMMONS,HENRY R. JR | | 03/20/02 | | |
| 03/20/02 | DEFENDANT IN CUSTODY SIMMONS,HENRY R. JR | | 00/00/00 | | |
| 03/20/02 | PRISONER DATA SHEET TO ISSUE SIMMONS,HENRY R. JR | | 00/00/00 | | |
| 03/20/02 | CONTINUANCE BY AGREEMENT SIMMONS,HENRY R. JR | | 03/28/02 | | |
| 03/28/02 | DEFENDANT IN CUSTODY SIMMONS,HENRY R. JR | | 00/00/00 | | |
| 03/28/02 | MOTION DEFENDANT - NEW TRIAL SIMMONS,HENRY R. JR | | 00/00/00 | D | 2 |
| 03/28/02 | DEF SENTENCED ILLINOIS DOC 42 YRS SIMMONS,HENRY R. JR | C001 | | | |

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS        Page 010

PEOPLE OF THE STATE OF ILLINOIS

                VS            NUMBER 98CR3072101

SAM        COOK

## CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION

```
03/28/02 LESSER INCLUDED OFFENSE MERGED     C002
         INTO CT. 1
         SIMMONS,HENRY R. JR
03/28/02 CREDIT DEFENDANT FOR TIME SERV
         CREDIT FROM 10/28/1198
         SIMMONS,HENRY R. JR
03/28/02 SPECIAL ORDER
         ORAL MTN. TO RECONSIDER DENIED
         SIMMONS,HENRY R. JR
03/28/02 PUBLIC DEF APPTD FOR APPEAL
         SIMMONS,HENRY R. JR
03/28/02 CHANGE PRIORITY STATUS             M    00/00/00
         SIMMONS,HENRY R. JR
03/28/02 LET MITTIMUS ISSUE/MITT TO ISS          00/00/00
         SIMMONS,HENRY R. JR
04/23/02 NOTICE OF APPEAL FILED, TRNSFR          00/00/00
04/30/02 NOTICE OF NOTICE OF APP MAILED          00/00/00
04/30/02 HEARING DATE ASSIGNED                   05/03/02 1713
05/03/02 PUBLIC DEF APPTD FOR APPEAL             00/00/00
         BIEBEL, PAUL JR.
05/03/02 O/C FREE REPT OF PROCD ORD N/C          00/00/00
         BIEBEL, PAUL JR.
05/03/02 MEMO OF ORDS & NOA PICKED-UP            00/00/00
         BIEBEL, PAUL JR.
05/15/02 APPELLATE COURT NUMBER ASGND            00/00/00 02-1313
05/16/02 REPT OF PRCDS ORD FR CRT RPT            00/00/00
05/28/02 COMMON LAW RECORD PREPARED              00/00/00
06/05/02 CLR RECD BY APP COUNSEL                 00/00/00
         PUBLIC DEFENDER
10/01/02 TRANS PROC REC/FILED CLKS OFF           00/00/00
10/04/02 REPORT OF PROCEEDINGS PREPARED          00/00/00
10/09/02 REPRT/PROCDS RECD BY APP ATTRY          00/00/00
         PUBLIC DEFENDER
01/08/03 SUPPL REPORT OF PRCD PREPARED           00/00/00
01/09/03 SUPPL REC RECD BY APPL COUNSEL          00/00/00
         PUBLIC DEFENDER
03/04/04 MANDATE FILED                           03/17/04 1701
```

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS    Page 011

PEOPLE OF THE STATE OF ILLINOIS

                VS              NUMBER 98CR3072101

SAM          COOK

## CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
```
03/17/04 REVIEW COURT AFFIRMANCE                      00/00/00
    BIEBEL, PAUL JR.
04/28/04 SPECIAL ORDER                                00/00/00 F      2
    GRAND JURY REPORTS & POLICE REPORTS (ETC).
04/28/04 HEARING DATE ASSIGNED                        05/03/04 1718
05/03/04 DEFENDANT IN CUSTODY                         00/00/00
    SIMMONS, HENRY R. JR
05/03/04 SPECIAL ORDER                                00/00/00
    PROSE REQUEST DENIED
    SIMMONS, HENRY R. JR
08/11/04 POST-CONVICTION FILED                        00/00/00
08/11/04 HEARING DATE ASSIGNED                        08/20/04 1701
08/20/04 CASE ASSIGNED                                08/20/04 1718
    BIEBEL, PAUL JR.
08/20/04 DEFENDANT IN CUSTODY                         00/00/00
    SIMMONS, HENRY R. JR
08/20/04 SPECIAL ORDER                                00/00/00
    PETITION PATENTLY WITHOUT MERIT AND FRIVOLOUS THEREFORE DISMISSED
    SIMMONS, HENRY R. JR
08/20/04 POST-CONV PETITION DENIED                    00/00/00
    SIMMONS, HENRY R. JR
08/20/04 SPECIAL ORDER                                00/00/00
    CLERK WILL NOTIFY DEFENDANT IN WRITING OF THE COURT"S RULING.
    SIMMONS, HENRY R. JR
08/25/04 NOTIFICATION SENT TO DEFENDANT               00/00/00
09/29/04 SPECIAL ORDER                                00/00/00 F      2
    RECONSIDERATION FOR CAUSE & LEAVE TO FILE AMENDED P.C.PETITION.
09/29/04 HEARING DATE ASSIGNED                        10/04/04 1718
10/04/04 DEFENDANT IN CUSTODY                         00/00/00
    GAUGHAN, VINCENT
10/04/04 CONTINUANCE BY ORDER OF COURT                10/05/04
    GAUGHAN, VINCENT
10/05/04 DEFENDANT IN CUSTODY                         00/00/00
    SIMMONS, HENRY R. JR
10/05/04 CONTINUANCE BY ORDER OF COURT                10/29/04
    SIMMONS, HENRY R. JR
10/29/04 CONTINUANCE BY AGREEMENT                     11/04/04
    GAUGHAN, VINCENT
```

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS        Page 012

PEOPLE OF THE STATE OF ILLINOIS

                VS              NUMBER 98CR3072101

   SAM         COOK

## CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION

| Date | Event | Date 2 | | |
|---|---|---|---|---|
| 11/04/04 | DEFENDANT IN CUSTODY<br>SIMMONS,HENRY R. JR | 00/00/00 | | |
| 11/04/04 | PRISONER DATA SHEET TO ISSUE<br>SIMMONS,HENRY R. JR | 00/00/00 | | |
| 11/04/04 | CONTINUANCE BY AGREEMENT<br>SIMMONS,HENRY R. JR | 11/12/04 | | |
| 11/12/04 | DEFENDANT NOT IN COURT<br>SIMMONS,HENRY R. JR | 00/00/00 | | |
| 11/12/04 | PRISONER DATA SHEET TO ISSUE<br>SIMMONS,HENRY R. JR | 00/00/00 | | |
| 11/12/04 | CONTINUANCE BY AGREEMENT<br>SIMMONS,HENRY R. JR | 11/15/04 | | |
| 11/15/04 | DEFENDANT IN CUSTODY<br>SIMMONS,HENRY R. JR | 00/00/00 | | |
| 11/15/04 | PRISONER DATA SHEET TO ISSUE<br>SIMMONS,HENRY R. JR | 00/00/00 | | |
| 11/15/04 | SPECIAL ORDER<br>PETITION DISMISSED<br>SIMMONS,HENRY R. JR | 00/00/00 | | |
| 02/02/05 | SPECIAL ORDER<br>STATUS HEARING,SUPPLEMENTAL BRIEF. | 00/00/00 | F | 2 |
| 02/02/05 | HEARING DATE ASSIGNED | 02/07/05 | 1718 | |
| 02/07/05 | CONTINUANCE BY ORDER OF COURT<br>SIMMONS,HENRY R. JR | 02/10/05 | | |
| 02/10/05 | DEFENDANT IN CUSTODY<br>SIMMONS,HENRY R. JR | 00/00/00 | | |
| 02/10/05 | PREVIOUS ORDER TO STAND<br>ORDER OF 11/15/2004 TO STAND<br>SIMMONS,HENRY R. JR | 00/00/00 | | |
| 02/10/05 | SPECIAL ORDER<br>OFF CALL<br>SIMMONS,HENRY R. JR | 00/00/00 | | |
| 09/10/04 | NOTICE OF APPEAL FILED, TRNSFR | 00/00/00 | | |
| 06/17/05 | NOTICE OF NOTICE OF APP MAILED | 00/00/00 | | |
| 06/17/05 | HEARING DATE ASSIGNED | 06/24/05 | 1713 | |
| 06/24/05 | ILL STATE APPELLATE DEF APPTD<br>BIEBEL, PAUL JR. | 00/00/00 | | |

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS          Page 013

PEOPLE OF THE STATE OF ILLINOIS

                  VS              NUMBER 98CR3072101

SAM        COOK

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
```
06/24/05 O/C FREE REPT OF PROCD ORD N/C          00/00/00
    BIEBEL, PAUL JR.
06/24/05 MEMO OF ORDS & NOA PICKED-UP            00/00/00
    BIEBEL, PAUL JR.
07/15/05 APPELLATE COURT NUMBER ASGND            00/00/00 05-2085
08/03/05 SPECIAL ORDER                           00/00/00 F        2
    MOTION FOR DISCOVERY.
08/03/05 HEARING DATE ASSIGNED                   08/09/05 1718
07/20/05 REPT OF PRCDS ORD FR CRT RPT            00/00/00
08/09/05 SPECIAL ORDER                           00/00/00
    PRO SE MOTION DENIED-OFF CALL
    SIMMONS,HENRY R. JR
08/16/05 COMMON LAW RECORD PREPARED              00/00/00
08/18/05 CLR RECD BY APP COUNSEL                 00/00/00
    STATE APPELLATE DEFENDER
10/12/05 TRANS PROC REC/FILED CLKS OFF           00/00/00
10/20/05 REPRT/PROCDS RECD BY APP ATTRY          00/00/00
    STATE APPELLATE DEFENDER - ONE VOLUME
10/20/05 REPORT OF PROCEEDINGS PREPARED          00/00/00
    (1)VOL
12/05/05 SUPPLEMENTAL CLR PREPARED               00/00/00
    CERTAIN DOCUMENTS(1)VOL
12/08/05 SUPPL REC RECD BY APPL COUNSEL          00/00/00
    STATE APPELLATE DEFENDER - ONE VOLUME
10/03/06 SPECIAL ORDER                           00/00/00 F        2
    MOTION DISCOVERT,POLICE REPORTS (ETC).
10/03/06 HEARING DATE ASSIGNED                   10/10/06 1718
10/10/06 SPECIAL ORDER                           00/00/00
    PRO SE REQUEST DENIED OFF CALL
    SIMMONS,HENRY R. JR
03/12/07 MANDATE FILED                           03/21/07 1701
03/21/07 SPECIAL ORDER                           00/00/00
    AFFIRMED
    PORTER DENNIS J
11/13/07 SPECIAL ORDER                           00/00/00 F        2
    DISMISS INDICTMENT.
11/13/07 HEARING DATE ASSIGNED                   11/16/07 1718
```

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS      Page 014

PEOPLE OF THE STATE OF ILLINOIS

                        VS              NUMBER 98CR3072101

SAM         COOK

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION

```
11/16/07 DEFENDANT IN CUSTODY                   00/00/00
    OBBISH JAMES M.
11/16/07 PRISONER DATA SHEET TO ISSUE           00/00/00
    OBBISH JAMES M.
11/16/07 SPECIAL ORDER                          00/00/00
    PRO SE MOT TO DISMISS IND
    OBBISH JAMES M.
11/16/07 CONTINUANCE BY ORDER OF COURT          12/14/07
    OBBISH JAMES M.
11/26/07 SPECIAL ORDER                          00/00/00 F        2
    GRAND JURY TRANSCRIPTS.
11/26/07 HEARING DATE ASSIGNED                  12/14/07 1718
12/14/07 DEFENDANT IN CUSTODY                   00/00/00
    OBBISH JAMES M.
12/14/07 DEFENDANT NOT IN COURT                 00/00/00
    OBBISH JAMES M.
12/14/07 MOTION TO DISMISS INDICTMENT           00/00/00 D        2
    OBBISH JAMES M.
12/14/07 SPECIAL ORDER                          00/00/00
    WRITTEN ORDER ENTERED. OFF CALL. CLERK TO NOTIFY.
    OBBISH JAMES M.
```

I hereby certify that the foregoing has been entered of record on the above captioned case.
Date 12/18/07

DOROTHY BROWN
CLERK OF THE CIRCUIT COURT OF COOK COUNTY