IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

**FILED**
JAN 2 8 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

United States of America ex rel. )
SAM COOK - B 39841, )
      Petitioner, )
)
vs. )  Case No. 07 C 6851
)
TERRY McCANN, )
      Respondent. )

## REQUEST FOR CERTIFICATE OF APPEALABILITY

Petitioner, SAM COOK B 39841, pro se., request that this Court issue a certificate of appealability in this case under 28 U.S.C. § 2253(c).

In support of this request, Petitioner states the following:

1. Under 28 U.S.C. §2253(c), a certificate of appealability should issue if the Court finds that the petitioner has made a substantial showing of the denial of a constitutional right. see, Anderson v. Litscher, 281 F.3d 672 (7th. Cir. 2002)

( Here state in paragraphs, the issues presented in the U.S. District Court for Habeas review.

State the dates, opinions and rulings at each stage of the petition for Federal Habeas relief in the order that they were received.)

WHEREFORE, Petitioner, SAM COOK-B-39841 request that this Honorable Court issue a Certificate of Appealability in this case.

Respectfully submitted,

*Sam Cook* (signature)

SAM COOK B - 39841

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

SAM COOM - B 39841 ,  )
                     )
        Petitioner,  )
                     )
                     )           Case No. 07 C 6851
                     )
vs.                  )
                     )
                     )
 TERRY McCANN      , )
                     )
        Respondent.  )

CERTIFICATE OF SERVICE

TO:

PRISONERS CORRESPONDENCE OFFICE
U.S. DISTRICT COURT
219 S. DEARBORN St., Rm. 2302-B
CHICAGO, ILLINOIS 60604

   PLEASE TAKE NOTICE, that I mailed to the above parties and addresses the enclosed "MOTION FOR CERTIFICATE OF APPEALABILITY" by placing the same in the proper prison officials hands to affix the appropriate postage and placement in the U.S. Mail Service, here at the STATEVILLE CORR. CT. Center, P.O. Box 112, JOLIETR            , Illinois 60434 .

                                   /s/ Sam Cook
                                   SAM COOK B - 39841
                                   P.O. Box 112
                                   JOLIET      , Illinois 60434

Subscribed and sworn to before me
This ___ day of _____, 2004.

_____
   NOTARY PUBLIC