UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604-184

DOCKETING STATEMENT

**FILED**

JAN 2 8 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

07 C 6851

Type of Action

XXXXXXXX Civil
___X___ Criminal/Prisoner
_____ Cross Appeal

District **N.D.**   Judge **MILTON SHADUR**
District Court Docket Number **07 C 6851**
Statute or Other authority establishing jurisdiction in the:
  District Court **Northern District of Illinois, eastern Division**
  Court of Appeals **7th. Circuit**

A. Timeless of Appeal
  1. Date of entry of judgment or order appealed from **01-04-08**
  2. Date this notice of appeal filed **01-14-08**
  3. Filing date of any post-judgment motion filed by any party which tolls time under FRAP 4(a) (4) or 4(b) **N.A.**
  4. Date of entry of order deciding above post-judgment motion _____

  5. Filing date of any motion to extend time under FRAP 4(a) (5) or 4(b)
     **N.A.**

B. Finality of Order or Judgment
  1. Is the order of judgment appealed from a final decision on the merits?
     Yes **X**   No____

  2. If no, a). Did the district court order entry of judgment as to less than all claims or all parties pursuant to FRCP 54(b)?
     Yes____   No____

     b). Is the order appealed from a collateral or interlocutory order reviewable under any exception to the finality rule?
     Yes **X**   No **X**
     If yes, explain _____
  (Criminal only)

  3. Has the defendant been convicted?   Yes **X**   No____.

4. Has a sentence been imposed? Yes _X_ No ___.

5. Is the defendant incarcerated? Yes _X_ No ___.

C. Has this case previously been appealed? Yes _X_ No ___.
   If yes, give the case name, docket number and disposition of each prior appeal on a separate sheet.

D. Are any related cases or cases raising related issues pending in this court, any district court of this circuit, or the Supreme Court? Yes ___ No _X_.
   If yes, cite the case and the manner in which it is related on a separate sheet.

E. State the nature of the suit, the relief sought, and the outcome below.

F. Issues to be raised on appeal. Attach one additional page if necessary.

G. Is settlement being discussed? Yes ___ No _X_.

H. Is disposition on motions, memoranda, or an abbreviated briefing schedule appropriate? Yes ___ No _X_. If yes, explain on a separate sheet.
   Is oral argument necessary? Yes ___ No _X_.

I. Were there any in-court proceedings below? Yes ___ No _X_.
   Is a transcript necessary for this appeal? Yes _X_ No ___. If yes, is transcripts already on file with district court? Yes _X_ No ___.
   If transcript is not already on file, attach copy 1 of transcripts order.

J. List each adverse party to the appeal. Attach additional sheets if necessary. If no attorney, give address and telephone number of the adverse party.

   1. Adverse party __TERRY McCANN__
      Attorney __ILL ATT. GENERAL__
      Address _____
      Telephone _____

   2. Adverse party _____
      Attorney _____
      Address _____
      Telephone _____

2

K. Appellant(s) Name  SAM COOK
   If incarcerated, give identification number  B-39441

   _____

   Telephone _____

L. Attorney or pro se litigant filing Docket Statement. Will you be handling the appeal? Yes___ No _X_.
   Name _____
   Attorney (   )   Pro Se (X)
   Firm _____
   Address _____
   _____
   Telephone _____

   If this is a joint statement by multiple appellants, add the names and address of other appellants and counsel joining in this Docketing Statement on an additional sheet, accompanied by a certification that all appellants concur in this filing.

   Signature  Sam Cook
   Date  1-16-2008

1. Additional pages, if any, containing extended answers to questions on this form.

2. A copy of the order or judgment from which the appeal is taken.

3. Copy 1 of the transcript order, if any.

4. A certificate of service.

3

| | |
|---|---|
| Clerk | Sam Cook |
| United States District Court | B-39841 |
| United States Courthouse | Box 112 |
| Chicago, Il. 60604 | Joliet, Il.-60434 |

January 22, 2008

RE: <u>DOCKETING STATEMENTR</u>

Dear Clerk:

Please find attached a copy of the DOCKETING STATEMENT that I forgot to place with the NOTICE OF APPEAL i sent to your Office on January 17B, 2008.

Please file it with those papers.

Thank you very much for your time and consideration in this matter.

Respectfully,

*Sam Cook*

SAM COOK, Petitioner, Pro Se

B- 30841

BOX 112

JOLIET, IL. - 60434