UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| United States of America ex rel. ) | FILED |
| SAM COOK, B-39841, ) | JAN 2 8 2008 |
| Petitioner, )    No. 07 C 6851 | MICHAEL W. DOBBINS |
| vs. ) | CLERK, U.S. DISTRICT COURT |
| TERRY McCANN, Warden, ) | |
| Stateville Correctional Center, ) | |
| Respondent. | |

**NOTICE**

Please take NOTICE that I have on this __16__ day of __2008__ 2008, filed with the CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION, a copy of the attached: MOTION TO VACTE ORDER OF JANUARY 04,2008, EXHIBITS 1-14, MOTION FOR PERMISSION TO APPEAL IN FORMA PAUPERIS, AND DOCKETING STATEMENT AND MOTION FOR CERTIFICATE OF APPEALABILITY; upon the person of the clerk, United State District court, by placing same in the U.S. Mail at BOX 112, JOLIET, IL. -60434.

Sam Cook, Petitioner, Pro se
Reg. No. B - 39841
Box 112
Joliet, Il.-60434

IN COMPLIANCE WITH TITLE 28 U.S.C. Section 1746:
I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORR OF MY OWN PESONAL KNOWLEDGE.
DATED: __1-16-2008__ , 2008

SAM COOK B-39841, Petitioner, Pro Se