# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Milton I. Shadur | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 C 6851 | DATE | 2/1/2008 |
| CASE TITLE | USA ex rel. Sam Cook vs. Terry McCann | | |

**DOCKET ENTRY TEXT**

Enter Memorandum Order. In summary, this Court denies both Cook's motion to vacate its January 4, 2008 memorandum order and his request for a certificate of appealability, but as required by Section 1915 it orders Cook to pay the full $455 in appellate filing fees in future installments. Cook is advised that he may present his request for a certificate of appealability to the Court of Appeals.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | SN |
|---|---|---|