IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN  DIVISION,

**FILED**

JAN 2 8 2008 *aew*

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

United States of America ex rel.    )

SAM COOK,                           )

           Petitioner,              )    No. 07 C  6851

    vs.                             )

TERRY McCANN,WARDEN,Stateville      )    Hopnorable: MILTON SHADUR

Correctional Center,                )            Presiding  Judge

           Respondent.

## MOTION TO VACTER ORDER OF  JANUARY 04, 2008

Now comes the Petitioner, SAM COOK, and respectfully moves this
Honorable Court to VACATE its ORDER of JANUARY 04, 2008, for the following
reasons:

1.The hereto attached court docte sheet shows beyond doubt that there
was not, norbhas thee ever been a 81/2 month deays in his filing;

2. Further, the docuate sheets shows that all delays in regards to the
times was by the circuit court in its failure to reply;

3. That the docuate sheets show that each time there was a delay and that
at no time was there a time gap of 81/2 months as thjis court has stated;

4. That petitrioner submits the docuate sheet ass exhibit to the proof
that the 81/2 month did not exist.

WHEREFORE, petitioner would respectfully pray that this Honorable Court
vACTE its order of JANUARY 04,2008 and REINSTATE PETITIONERS WRIT, or
in the alternative, accept this as notice of appeal along with the
attached ppers.

DATED:    1 - 16 - 2008 ,2008:

                   Respectfully    Submitted,

                   *Sam Cook*

            SAM COOK B-39491

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS          Page 001

PEOPLE OF THE STATE OF ILLINOIS

                    VS                    NUMBER 98CR3072101

    SAM         COOK

        CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

    I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
with the Clerk of the Circuit Court.

Charging the above named defendant with:

    720-5/9-1(A)(1)                    F        MURDER/INTENT TO KILL/INJ
    720-5/9-1(A)(2)                    F        MURDER/STRONG PROB KILL/INJURE
The following disposition(s) was/were rendered before the Honorable Judge(s):


12/01/98 IND/INFO-CLK OFFICE-PRES JUDGE          12/18/98 1701
    98CR3072101 ID# CR100820209
12/18/98 CASE ASSIGNED                           12/18/98 1718
    FITZGERALD, THOMAS R.
12/18/98 DEFENDANT IN CUSTODY
    SIMMONS,HENRY R. JR
12/18/98 PRISONER DATA SHEET TO ISSUE
    SIMMONS,HENRY R. JR
12/18/98 APPEARANCE FILED
    SIMMONS,HENRY R. JR
12/18/98 DEFENDANT ARRAIGNED
    SIMMONS,HENRY R. JR
12/18/98 PLEA OF NOT GUILTY
    SIMMONS,HENRY R. JR
12/18/98 CONTINUANCE BY AGREEMENT                01/14/99
    SIMMONS,HENRY R. JR
01/14/99 DEFENDANT IN CUSTODY
    SIMMONS,HENRY R. JR
01/14/99 PRISONER DATA SHEET TO ISSUE
    SIMMONS,HENRY R. JR
01/14/99 CONTINUANCE BY AGREEMENT                02/10/99
    SIMMONS,HENRY R. JR
02/10/99 DEFENDANT IN CUSTODY
    SIMMONS,HENRY R. JR
02/10/99 PRISONER DATA SHEET TO ISSUE
    SIMMONS,HENRY R. JR
02/10/99 CONTINUANCE BY AGREEMENT                03/12/99
    SIMMONS,HENRY R. JR

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS        Page 002

PEOPLE OF THE STATE OF ILLINOIS

                    VS                  NUMBER 98CR3072101

SAM          COOK

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
03/12/99 DEFENDANT IN CUSTODY
         SIMMONS,HENRY R. JR
03/12/99 PRISONER DATA SHEET TO ISSUE
         SIMMONS,HENRY R. JR
03/12/99 CONTINUANCE BY AGREEMENT              04/13/99
         SIMMONS,HENRY R. JR
04/13/99 DEFENDANT IN CUSTODY
         SIMMONS,HENRY R. JR
04/13/99 PRISONER DATA SHEET TO ISSUE
         SIMMONS,HENRY R. JR
04/13/99 CONTINUANCE BY AGREEMENT              05/25/99
         SIMMONS,HENRY R. JR
05/25/99 DEFENDANT IN CUSTODY
         SIMMONS,HENRY R. JR
05/25/99 PRISONER DATA SHEET TO ISSUE
         SIMMONS,HENRY R. JR
05/25/99 CONTINUANCE BY AGREEMENT              06/23/99
         SIMMONS,HENRY R. JR
06/23/99 DEFENDANT IN CUSTODY
         SIMMONS,HENRY R, JR
06/23/99 PRISONER DATA SHEET TO ISSUE
         SIMMONS,HENRY R. JR
06/23/99 CONTINUANCE BY AGREEMENT              06/24/99
         SIMMONS,HENRY R. JR
06/24/99 DEFENDANT IN CUSTODY
         SIMMONS,HENRY R. JR
06/24/99 PRISONER DATA SHEET TO ISSUE
         SIMMONS,HENRY R. JR
06/24/99 BEHAVIOR CLINIC EXAM ORDERED          06/24/99
         SIMMONS,HENRY R. JR
06/24/99 CONTINUANCE BY AGREEMENT              08/04/99
         SIMMONS,HENRY R. JR
08/04/99 DEFENDANT IN CUSTODY
         SIMMONS,HENRY R. JR
08/04/99 PRISONER DATA SHEET TO ISSUE
         SIMMONS,HENRY R. JR
08/04/99 CONTINUANCE BY AGREEMENT              09/02/99
         SIMMONS,HENRY R. JR

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS          Page 003

PEOPLE OF THE STATE OF ILLINOIS

                    VS                    NUMBER 98CR3072101

SAM          COOK

          CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

   I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
09/02/99 DEFENDANT IN CUSTODY
        SIMMONS,HENRY R. JR
09/02/99 PRISONER DATA SHEET TO ISSUE
        SIMMONS,HENRY R. JR
09/02/99 CONTINUANCE BY AGREEMENT                    09/28/99
        SIMMONS,HENRY R. JR
09/28/99 DEFENDANT IN CUSTODY
        SIMMONS,HENRY R. JR
09/28/99 PRISONER DATA SHEET TO ISSUE
        SIMMONS,HENRY R. JR
09/28/99 DISCOVERY ANSWER FILED
        SIMMONS,HENRY R. JR
09/28/99 CHANGE PRIORITY STATUS           R
        SIMMONS,HENRY R. JR
09/28/99 WITNESSES ORDERED TO APPEAR
        SIMMONS,HENRY R. JR
09/28/99 CONTINUANCE BY AGREEMENT                    11/12/99
        SIMMONS,HENRY R. JR
11/12/99 DEFENDANT IN CUSTODY
        SIMMONS,HENRY R. JR
11/12/99 PRISONER DATA SHEET TO ISSUE
        SIMMONS,HENRY R. JR
11/12/99 WITNESSES ORDERED TO APPEAR
        SIMMONS,HENRY R. JR
11/12/99 CONTINUANCE BY AGREEMENT                    01/13/00
        SIMMONS,HENRY R. JR
01/13/00 DEFENDANT IN CUSTODY                        00/00/00
        LACY, WILLIAM G.
01/13/00 PRISONER DATA SHEET TO ISSUE                00/00/00
        LACY, WILLIAM G.
01/13/00 CONTINUANCE BY AGREEMENT                    03/09/00
        LACY, WILLIAM G.
03/09/00 DEFENDANT IN CUSTODY                        00/00/00
        SALONE MARCUS R.
03/09/00 PRISONER DATA SHEET TO ISSUE                00/00/00
        SALONE MARCUS R.
03/09/00 CONTINUANCE BY AGREEMENT                    04/18/00
        SALONE MARCUS R.

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS          Page 004

PEOPLE OF THE STATE OF ILLINOIS

                VS              NUMBER 98CR3072101

SAM         COOK

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

   I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION

| | | |
|---|---|---|
| 04/18/00 DEFENDANT IN CUSTODY | 00/00/00 | |
| SIMMONS,HENRY R. JR | | |
| 04/18/00 PRISONER DATA SHEET TO ISSUE | 00/00/00 | |
| SIMMONS,HENRY R. JR | | |
| 04/18/00 CONTINUANCE BY AGREEMENT | 05/03/00 | |
| SIMMONS,HENRY R. JR | | |
| 05/03/00 DEFENDANT IN CUSTODY | 00/00/00 | |
| SIMMONS,HENRY R. JR | | |
| 05/03/00 PRISONER DATA SHEET TO ISSUE | 00/00/00 | |
| SIMMONS,HENRY R. JR | | |
| 05/03/00 CONTINUANCE BY AGREEMENT | 06/12/00 | |
| SIMMONS,HENRY R. JR | | |
| 06/12/00 DEFENDANT IN CUSTODY | 00/00/00 | |
| SIMMONS,HENRY R. JR | | |
| 06/12/00 PRISONER DATA SHEET TO ISSUE | 00/00/00 | |
| SIMMONS,HENRY R. JR | | |
| 06/12/00 WITNESSES ORDERED TO APPEAR | 00/00/00 | |
| SIMMONS,HENRY R. JR | | |
| 06/12/00 CONTINUANCE BY AGREEMENT | 08/16/00 | |
| SIMMONS,HENRY R. JR | | |
| 08/16/00 DEFENDANT IN CUSTODY | 00/00/00 | |
| SIMMONS,HENRY R. JR | | |
| 08/16/00 PRISONER DATA SHEET TO ISSUE | 00/00/00 | |
| SIMMONS,HENRY R. JR | | |
| 08/16/00 WITNESSES ORDERED TO APPEAR | 00/00/00 | |
| SIMMONS,HENRY R. JR | | |
| 08/16/00 CONTINUANCE BY AGREEMENT | 09/20/00 | |
| SIMMONS,HENRY R. JR | | |
| 09/20/00 DEFENDANT IN CUSTODY | 00/00/00 | |
| SIMMONS,HENRY R. JR | | |
| 09/20/00 PRISONER DATA SHEET TO ISSUE | 00/00/00 | |
| SIMMONS,HENRY R. JR | | |
| 09/20/00 WITNESSES ORDERED TO APPEAR | 00/00/00 | |
| SIMMONS,HENRY R. JR | | |
| 09/20/00 CONTINUANCE BY AGREEMENT | 10/12/00 | |
| SIMMONS,HENRY R. JR | | |
| 10/12/00 DEFENDANT IN CUSTODY | 00/00/00 | |
| SIMMONS,HENRY R. JR | | |

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS        Page 005

PEOPLE OF THE STATE OF ILLINOIS

                        VS                    NUMBER 98CR3072101

SAM              COOK

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

   I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
10/12/00 PRISONER DATA SHEET TO ISSUE           00/00/00
         SIMMONS,HENRY R. JR
10/12/00 WITNESSES ORDERED TO APPEAR            00/00/00
         SIMMONS,HENRY R. JR
10/12/00 CONTINUANCE BY AGREEMENT               11/15/00
         SIMMONS,HENRY R. JR
11/15/00 DEFENDANT IN CUSTODY                   00/00/00
         SIMMONS,HENRY R. JR
11/15/00 PRISONER DATA SHEET TO ISSUE           00/00/00
         SIMMONS,HENRY R. JR
11/15/00 WITNESSES ORDERED TO APPEAR            00/00/00
         SIMMONS,HENRY R. JR
11/15/00 CONTINUANCE BY AGREEMENT               12/11/00
         SIMMONS,HENRY R. JR
12/11/00 PRISONER DATA SHEET TO ISSUE           00/00/00
         SIMMONS,HENRY R. JR
12/11/00 MOTION TO WITHDRAW AS ATTORNEY                    S       2
         DICKINSON
         SIMMONS,HENRY R. JR
12/11/00 PUBLIC DEFENDER APPOINTED              00/00/00
         SIMMONS,HENRY R. JR
12/11/00 MOTION DEFT - CONTINUANCE - MD         01/31/01
         SIMMONS,HENRY R. JR
01/31/01 DEFENDANT IN CUSTODY                   00/00/00
         SIMMONS,HENRY R. JR
01/31/01 PRISONER DATA SHEET TO ISSUE           00/00/00
         SIMMONS,HENRY R. JR
01/31/01 CONTINUANCE BY AGREEMENT               03/09/01
         SIMMONS,HENRY R. JR
03/09/01 DEFENDANT IN CUSTODY                   00/00/00
         SIMMONS,HENRY R. JR
03/09/01 PRISONER DATA SHEET TO ISSUE           00/00/00
         SIMMONS,HENRY R. JR
03/09/01 MOTION DEFT - CONTINUANCE - MD         04/19/01
         SIMMONS,HENRY R. JR
04/19/01 DEFENDANT IN CUSTODY                   00/00/00
         SIMMONS,HENRY R. JR

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS        Page 006

PEOPLE OF THE STATE OF ILLINOIS

                    VS                    NUMBER 98CR3072101

    SAM          COOK

            CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

    I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
04/19/01 PRISONER DATA SHEET TO ISSUE                00/00/00
        SIMMONS,HENRY R. JR
04/19/01 WITNESSES ORDERED TO APPEAR                 00/00/00
        WITH JURY
        SIMMONS,HENRY R. JR
04/19/01 CONTINUANCE BY AGREEMENT                    06/25/01
        SIMMONS,HENRY R. JR
06/25/01 DEFENDANT IN CUSTODY                        00/00/00
        LACY, WILLIAM G.
06/25/01 PRISONER DATA SHEET TO ISSUE                00/00/00
        LACY, WILLIAM G.
06/25/01 CONTINUANCE BY AGREEMENT                    07/06/01
        LACY, WILLIAM G.
07/06/01 DEFENDANT IN CUSTODY                        00/00/00
        LACY, WILLIAM G.
07/06/01 PRISONER DATA SHEET TO ISSUE                00/00/00
        LACY, WILLIAM G.
07/06/01 CONTINUANCE BY AGREEMENT                    07/09/01
        LACY, WILLIAM G.
07/09/01 DEFENDANT IN CUSTODY                        00/00/00
        SIMMONS,HENRY R. JR
07/09/01 PRISONER DATA SHEET TO ISSUE                00/00/00
        SIMMONS,HENRY R. JR
07/09/01 WITNESSES ORDERED TO APPEAR                 00/00/00
        SIMMONS,HENRY R. JR
07/09/01 CONTINUANCE BY AGREEMENT                    08/06/01
        SIMMONS,HENRY R. JR
08/06/01 DEFENDANT IN CUSTODY                        00/00/00
        SIMMONS,HENRY R. JR
08/06/01 PRISONER DATA SHEET TO ISSUE                00/00/00
        SIMMONS,HENRY R. JR
08/06/01 BEHAVIOR CLINIC EXAM ORDERED                08/06/01
        SIMMONS,HENRY R. JR
08/06/01 ENTERED AND CONTINUED                       00/00/00
        SIMMONS,HENRY R. JR
08/06/01 CONTINUANCE BY AGREEMENT                    08/08/01
        SIMMONS,HENRY R. JR

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS        Page 009

PEOPLE OF THE STATE OF ILLINOIS

VS                    NUMBER 98CR3072101

SAM        COOK

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION

| Date | Entry | | |
|---|---|---|---|
| 01/30/02 | PRISONER DATA SHEET TO ISSUE SIMMONS,HENRY R. JR | 00/00/00 | |
| 01/30/02 | WITNESSES ORDERED TO APPEAR SIMMONS,HENRY R. JR | 00/00/00 | |
| 01/30/02 | TRIAL COMENCED AND CONTINUED SIMMONS,HENRY R. JR | 01/31/02 | |
| 01/31/02 | DEFENDANT IN CUSTODY SIMMONS,HENRY R. JR | 00/00/00 | |
| 01/31/02 | PRISONER DATA SHEET TO ISSUE SIMMONS,HENRY R. JR | 00/00/00 | |
| 01/31/02 | VERDICT OF GUILTY SIMMONS,HENRY R. JR | C001 00/00/00 | |
| 01/31/02 | BAIL REVOKED SIMMONS,HENRY R. JR | 00/00/00 | |
| 01/31/02 | PRE-SENT INVEST. ORD, CONTD TO SIMMONS,HENRY R. JR | 00/00/00 | |
| 01/31/02 | CONTINUANCE BY ORDER OF COURT SIMMONS,HENRY R. JR | 02/25/02 | |
| 02/25/02 | DEFENDANT IN CUSTODY SIMMONS,HENRY R. JR | 00/00/00 | |
| 02/25/02 | PRISONER DATA SHEET TO ISSUE SIMMONS,HENRY R. JR | 00/00/00 | |
| 02/25/02 | MOTION DEFT - CONTINUANCE - MD SIMMONS,HENRY R. JR | 03/20/02 | |
| 03/20/02 | DEFENDANT IN CUSTODY SIMMONS,HENRY R. JR | 00/00/00 | |
| 03/20/02 | PRISONER DATA SHEET TO ISSUE SIMMONS,HENRY R. JR | 00/00/00 | |
| 03/20/02 | CONTINUANCE BY AGREEMENT SIMMONS,HENRY R. JR | 03/28/02 | |
| 03/28/02 | DEFENDANT IN CUSTODY SIMMONS,HENRY R. JR | 00/00/00 | |
| 03/28/02 | MOTION DEFENDANT - NEW TRIAL SIMMONS,HENRY R. JR | 00/00/00 D | 2 |
| 03/28/02 | DEF SENTENCED ILLINOIS DOC 42 YRS SIMMONS,HENRY R. JR | C001 | |

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS        Page 010

PEOPLE OF THE STATE OF ILLINOIS

                    VS                    NUMBER 98CR3072101

SAM          COOK

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
03/28/02 LESSER INCLUDED OFFENSE MERGED     C002
        INTO CT. 1
        SIMMONS,HENRY R. JR
03/28/02 CREDIT DEFENDANT FOR TIME SERV
        CREDIT FROM 10/28/1198
        SIMMONS,HENRY R. JR
03/28/02 SPECIAL ORDER
        ORAL MTN. TO RECONSIDER DENIED
        SIMMONS,HENRY R. JR
03/28/02 PUBLIC DEF APPTD FOR APPEAL
        SIMMONS,HENRY R. JR
03/28/02 CHANGE PRIORITY STATUS             M     00/00/00
        SIMMONS,HENRY R. JR
03/28/02 LET MITTIMUS ISSUE/MITT TO ISS           00/00/00
        SIMMONS,HENRY R. JR
04/23/02 NOTICE OF APPEAL FILED, TRNSFR           00/00/00
04/30/02 NOTICE OF NOTICE OF APP MAILED           00/00/00
04/30/02 HEARING DATE ASSIGNED                    05/03/02 1713
05/03/02 PUBLIC DEF APPTD FOR APPEAL              00/00/00
        BIEBEL, PAUL JR.
05/03/02 O/C FREE REPT OF PROCD ORD N/C           00/00/00
        BIEBEL, PAUL JR.
05/03/02 MEMO OF ORDS & NOA PICKED-UP             00/00/00
        BIEBEL, PAUL JR.
05/15/02 APPELLATE COURT NUMBER ASGND             00/00/00 02-1313
05/16/02 REPT OF PRCDS ORD FR CRT RPT             00/00/00
05/28/02 COMMON LAW RECORD PREPARED               00/00/00
06/05/02 CLR RECD BY APP COUNSEL                  00/00/00
        PUBLIC DEFENDER
10/01/02 TRANS PROC REC/FILED CLKS OFF            00/00/00
10/04/02 REPORT OF PROCEEDINGS PREPARED           00/00/00
10/09/02 REPRT/PROCDS RECD BY APP ATTRY           00/00/00
        PUBLIC DEFENDER
01/08/03 SUPPL REPORT OF PRCD PREPARED            00/00/00
01/09/03 SUPPL REC RECD BY APPL COUNSEL           00/00/00
        PUBLIC DEFENDER
03/04/04 MANDATE FILED                            03/17/04 1701

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS     Page 011

PEOPLE OF THE STATE OF ILLINOIS

VS           NUMBER 98CR3072101

SAM       COOK

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION

| Date | Event | Date 2 | | |
|------|-------|--------|---|---|
| 03/17/04 | REVIEW COURT AFFIRMANCE | 00/00/00 | | |
| | BIEBEL, PAUL JR. | | | |
| 04/28/04 | SPECIAL ORDER | 00/00/00 | F | 2 |
| | GRAND JURY REPORTS & POLICE REPORTS (ETC). | | | |
| 04/28/04 | HEARING DATE ASSIGNED | 05/03/04 | 1718 | |
| 05/03/04 | DEFENDANT IN CUSTODY | 00/00/00 | | |
| | SIMMONS,HENRY R. JR | | | |
| 05/03/04 | SPECIAL ORDER | 00/00/00 | | |
| | PROSE REQUEST DENIED | | | |
| | SIMMONS,HENRY R. JR | | | |
| 08/11/04 | POST-CONVICTION FILED | 00/00/00 | | |
| 08/11/04 | HEARING DATE ASSIGNED | 08/20/04 | 1701 | |
| 08/20/04 | CASE ASSIGNED | 08/20/04 | 1718 | |
| | BIEBEL, PAUL JR. | | | |
| 08/20/04 | DEFENDANT IN CUSTODY | 00/00/00 | | |
| | SIMMONS,HENRY R. JR | | | |
| 08/20/04 | SPECIAL ORDER | 00/00/00 | | |
| | PETITION PATENTLY WITHOUT MERIT AND FRIVOLOUS THEREFORE DISMISSED | | | |
| | SIMMONS,HENRY R. JR | | | |
| 08/20/04 | POST-CONV PETITION DENIED | 00/00/00 | | |
| | SIMMONS,HENRY R. JR | | | |
| 08/20/04 | SPECIAL ORDER | 00/00/00 | | |
| | CLERK WILL NOTIFY DEFENDANT IN WRITING OF THE COURT"S RULING. | | | |
| | SIMMONS,HENRY R. JR | | | |
| 08/25/04 | NOTIFICATION SENT TO DEFENDANT | 00/00/00 | | |
| 09/29/04 | SPECIAL ORDER | 00/00/00 | F | 2 |
| | RECONSIDERATION FOR CAUSE & LEAVE TO FILE AMENDED P.C.PETITION. | | | |
| 09/29/04 | HEARING DATE ASSIGNED | 10/04/04 | 1718 | |
| 10/04/04 | DEFENDANT IN CUSTODY | 00/00/00 | | |
| | GAUGHAN, VINCENT | | | |
| 10/04/04 | CONTINUANCE BY ORDER OF COURT | 10/05/04 | | |
| | GAUGHAN, VINCENT | | | |
| 10/05/04 | DEFENDANT IN CUSTODY | 00/00/00 | | |
| | SIMMONS,HENRY R. JR | | | |
| 10/05/04 | CONTINUANCE BY ORDER OF COURT | 10/29/04 | | |
| | SIMMONS,HENRY R. JR | | | |
| 10/29/04 | CONTINUANCE BY AGREEMENT | 11/04/04 | | |
| | GAUGHAN, VINCENT | | | |

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS          Page 012

PEOPLE OF THE STATE OF ILLINOIS

VS          NUMBER 98CR3072101

SAM          COOK

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION

| Date | Event | Date 2 | | |
|------|-------|--------|---|---|
| 11/04/04 | DEFENDANT IN CUSTODY | 00/00/00 | | |
| | SIMMONS,HENRY R. JR | | | |
| 11/04/04 | PRISONER DATA SHEET TO ISSUE | 00/00/00 | | |
| | SIMMONS,HENRY R. JR | | | |
| 11/04/04 | CONTINUANCE BY AGREEMENT | 11/12/04 | | |
| | SIMMONS,HENRY R. JR. | | | |
| 11/12/04 | DEFENDANT NOT IN COURT | 00/00/00 | | |
| | SIMMONS,HENRY R. JR | | | |
| 11/12/04 | PRISONER DATA SHEET TO ISSUE | 00/00/00 | | |
| | SIMMONS,HENRY R. JR | | | |
| 11/12/04 | CONTINUANCE BY AGREEMENT | 11/15/04 | | |
| | SIMMONS,HENRY R. JR | | | |
| 11/15/04 | DEFENDANT IN CUSTODY | 00/00/00 | | |
| | SIMMONS,HENRY R. JR | | | |
| 11/15/04 | PRISONER DATA SHEET TO ISSUE | 00/00/00 | | |
| | SIMMONS,HENRY R. JR | | | |
| 11/15/04 | SPECIAL ORDER | 00/00/00 | | |
| | PETITION DISMISSED | | | |
| | SIMMONS,HENRY R. JR | | | |
| 02/02/05 | SPECIAL ORDER | 00/00/00 | F | 2 |
| | STATUS HEARING,SUPPLEMENTAL BRIEF. | | | |
| 02/02/05 | HEARING DATE ASSIGNED | 02/07/05 1718 | | |
| 02/07/05 | CONTINUANCE BY ORDER OF COURT | 02/10/05 | | |
| | SIMMONS,HENRY R. JR | | | |
| 02/10/05 | DEFENDANT IN CUSTODY | 00/00/00 | | |
| | SIMMONS,HENRY R. JR | | | |
| 02/10/05 | PREVIOUS ORDER TO STAND | 00/00/00 | | |
| | ORDER OF 11/15/2004 TO STAND | | | |
| | SIMMONS,HENRY R. JR | | | |
| 02/10/05 | SPECIAL ORDER | 00/00/00 | | |
| | OFF CALL | | | |
| | SIMMONS,HENRY R. JR | | | |
| 09/10/04 | NOTICE OF APPEAL FILED, TRNSFR | 00/00/00 | | |
| 06/17/05 | NOTICE OF NOTICE OF APP MAILED | 00/00/00 | | |
| 06/17/05 | HEARING DATE ASSIGNED | 06/24/05 1713 | | |
| 06/24/05 | ILL STATE APPELLATE DEF APPTD | 00/00/00 | | |
| | BIEBEL, PAUL JR. | | | |

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS          Page 013

PEOPLE OF THE STATE OF ILLINOIS

VS                    NUMBER 98CR3072101

SAM          COOK

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION

```
06/24/05 O/C FREE REPT OF PROCD ORD N/C          00/00/00
     BIEBEL, PAUL JR.
06/24/05 MEMO OF ORDS & NOA PICKED-UP            00/00/00
     BIEBEL, PAUL JR.
07/15/05 APPELLATE COURT NUMBER ASGND            00/00/00 05-2085
08/03/05 SPECIAL ORDER                           00/00/00 F       2
     MOTION FOR DISCOVERY.
08/03/05 HEARING DATE ASSIGNED                   08/09/05 1718
07/20/05 REPT OF PRCDS ORD FR CRT RPT            00/00/00
08/09/05 SPECIAL ORDER                           00/00/00
     PRO SE MOTION DENIED-OFF CALL
     SIMMONS,HENRY R. JR
08/16/05 COMMON LAW RECORD PREPARED              00/00/00
08/18/05 CLR RECD BY APP COUNSEL                 00/00/00
     STATE APPELLATE DEFENDER
10/12/05 TRANS PROC REC/FILED CLKS OFF           00/00/00
10/20/05 REPRT/PROCDS RECD BY APP ATTRY          00/00/00
     STATE APPELLATE DEFENDER - ONE VOLUME
10/20/05 REPORT OF PROCEEDINGS PREPARED          00/00/00
     (1)VOL
12/05/05 SUPPLEMENTAL CLR PREPARED               00/00/00
     CERTAIN DOCUMENTS(1)VOL
12/08/05 SUPPL REC RECD BY APPL COUNSEL          00/00/00
     STATE APPELLATE DEFENDER - ONE VOLUME
10/03/06 SPECIAL ORDER                           00/00/00 F       2
     MOTION DISCOVERT,POLICE REPORTS (ETC).
10/03/06 HEARING DATE ASSIGNED                   10/10/06 1718
10/10/06 SPECIAL ORDER                           00/00/00
     PRO SE REQUEST DENIED OFF CALL
     SIMMONS,HENRY R. JR
03/12/07 MANDATE FILED                           03/21/07 1701
03/21/07 SPECIAL ORDER                           00/00/00
     AFFIRMED
     PORTER DENNIS J
11/13/07 SPECIAL ORDER                           00/00/00 F       2
     DISMISS INDICTMENT.
11/13/07 HEARING DATE ASSIGNED                   11/16/07 1718
```

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS          Page 014

PEOPLE OF THE STATE OF ILLINOIS

                         VS                    NUMBER 98CR3072101

   SAM            COOK

              CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

    I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
11/16/07 DEFENDANT IN CUSTODY                    00/00/00
     OBBISH JAMES M.
11/16/07 PRISONER DATA SHEET TO ISSUE            00/00/00
     OBBISH JAMES M.
11/16/07 SPECIAL ORDER                           00/00/00
     PRO SE MOT TO DISMISS IND
     OBBISH JAMES M.
11/16/07 CONTINUANCE BY ORDER OF COURT           12/14/07
     OBBISH JAMES M.
11/26/07 SPECIAL ORDER                           00/00/00 F        2
     GRAND JURY TRANSCRIPTS.
11/26/07 HEARING DATE ASSIGNED                   12/14/07 1718
12/14/07 DEFENDANT IN CUSTODY                    00/00/00
     OBBISH JAMES M.
12/14/07 DEFENDANT NOT IN COURT                  00/00/00
     OBBISH JAMES M.
12/14/07 MOTION TO DISMISS INDICTMENT            00/00/00 D        2
     OBBISH JAMES M.
12/14/07 SPECIAL ORDER                           00/00/00
     WRITTEN ORDER ENTERED. OFF CALL. CLERK TO NOTIFY.
     OBBISH JAMES M.


                         I hereby certify that the foregoing has
                         been entered of record on the above
                         captioned case.
                         Date 12/18/07


                         _____
                              DOROTHY BROWN
                    CLERK OF THE CIRCUIT COURT OF COOK COUNTY