IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN  DIVISION,

**FILED**

United States of America ex rel.                )

SAM COOK,                                        )

            Petitioner,                            )

      vs.                                       )

TERRY McCANN,WARDEN,Stateville                   )

Correctional Center,                             )

           Respondent.

JAN 2 8 2008 *aew*

No. 07 C 6851

**MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

Hopnorable: MILTON SHADUR

        Presiding  Judge

## MOTION TO VACTER ORDER OF  JANUARY 04, 2008

Now comes the Petitioner, SAM COOK, and respectfully moves this

Honorable Court to VACATE its ORDER of JANUARY 04, 2008, for the following

reasons:

1.The hereto attached court docte sheet shows beyond doubt that there

was not, norbhas thee ever been a 81/2 month deays in his filing;

2. Further, the docuate sheets shows that all delays in regards to the

times was by the circuit court in its failure to reply;

3. That the docuate sheets show that each time there was a delay and that

at no time was there a time gap of 81/2 months as thjis court has stated;

4. That petitrioner submits the docuate sheet ass exhibit to the proof

that the 81/2 month did not exist.

WHEREFORE, petitioner would respectfully pray that this Honorable Court

vACTE its order of JANUARY 04,2008 and REINSTATE PETITIONERS WRIT, or

in the alternative, accept this as notice of appeal along with the

attached ppers.

DATED:        1-16-2008  ,2008:

                        Respectfully   Submitted,

                        Sam Cook

         SAM COOK B-39441

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS          Page 001

PEOPLE OF THE STATE OF ILLINOIS

                    VS                    NUMBER 98CR3072101

    SAM           COOK

          CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

    I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
with the Clerk of the Circuit Court.

Charging the above named defendant with:

    720-5/9-1(A)(1)                  F        MURDER/INTENT TO KILL/INJ
    720-5/9-1(A)(2)                  F        MURDER/STRONG PROB KILL/INJURE
The following disposition(s) was/were rendered before the Honorable Judge(s):


12/01/98 IND/INFO-CLK OFFICE-PRES JUDGE           12/18/98 1701
      98CR3072101 ID# CR100820209
12/18/98 CASE ASSIGNED                            12/18/98 1718
      FITZGERALD, THOMAS R.
12/18/98 DEFENDANT IN CUSTODY
      SIMMONS,HENRY R. JR
12/18/98 PRISONER DATA SHEET TO ISSUE
      SIMMONS,HENRY R. JR
12/18/98 APPEARANCE FILED
      SIMMONS,HENRY R. JR
12/18/98 DEFENDANT ARRAIGNED
      SIMMONS,HENRY R. JR
12/18/98 PLEA OF NOT GUILTY
      SIMMONS,HENRY R. JR
12/18/98 CONTINUANCE BY AGREEMENT                 01/14/99
      SIMMONS,HENRY R. JR
01/14/99 DEFENDANT IN CUSTODY
      SIMMONS,HENRY R. JR
01/14/99 PRISONER DATA SHEET TO ISSUE
      SIMMONS,HENRY R. JR
01/14/99 CONTINUANCE BY AGREEMENT                 02/10/99
      SIMMONS,HENRY R. JR
02/10/99 DEFENDANT IN CUSTODY
      SIMMONS,HENRY R. JR
02/10/99 PRISONER DATA SHEET TO ISSUE
      SIMMONS,HENRY R. JR
02/10/99 CONTINUANCE BY AGREEMENT                 03/12/99
      SIMMONS,HENRY R. JR

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS          Page 002

PEOPLE OF THE STATE OF ILLINOIS

                      VS                 NUMBER 98CR3072101

SAM           COOK

        CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

   I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
03/12/99 DEFENDANT IN CUSTODY
        SIMMONS,HENRY R. JR
03/12/99 PRISONER DATA SHEET TO ISSUE
        SIMMONS,HENRY R. JR
03/12/99 CONTINUANCE BY AGREEMENT                    04/13/99
        SIMMONS,HENRY R. JR
04/13/99 DEFENDANT IN CUSTODY
        SIMMONS,HENRY R. JR
04/13/99 PRISONER DATA SHEET TO ISSUE
        SIMMONS,HENRY R. JR
04/13/99 CONTINUANCE BY AGREEMENT                    05/25/99
        SIMMONS,HENRY R. JR
05/25/99 DEFENDANT IN CUSTODY
        SIMMONS,HENRY R. JR
05/25/99 PRISONER DATA SHEET TO ISSUE
        SIMMONS,HENRY R. JR
05/25/99 CONTINUANCE BY AGREEMENT                    06/23/99
        SIMMONS,HENRY R. JR
06/23/99 DEFENDANT IN CUSTODY
        SIMMONS,HENRY R, JR
06/23/99 PRISONER DATA SHEET TO ISSUE
        SIMMONS,HENRY R. JR
06/23/99 CONTINUANCE BY AGREEMENT                    06/24/99
        SIMMONS,HENRY R. JR
06/24/99 DEFENDANT IN CUSTODY
        SIMMONS,HENRY R. JR
06/24/99 PRISONER DATA SHEET TO ISSUE
        SIMMONS,HENRY R. JR
06/24/99 BEHAVIOR CLINIC EXAM ORDERED                06/24/99
        SIMMONS,HENRY R. JR
06/24/99 CONTINUANCE BY AGREEMENT                    08/04/99
        SIMMONS,HENRY R. JR
08/04/99 DEFENDANT IN CUSTODY
        SIMMONS,HENRY R. JR
08/04/99 PRISONER DATA SHEET TO ISSUE
        SIMMONS,HENRY R. JR
08/04/99 CONTINUANCE BY AGREEMENT                    09/02/99
        SIMMONS,HENRY R. JR

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS        Page 003

PEOPLE OF THE STATE OF ILLINOIS

                    VS                    NUMBER 98CR3072101

SAM            COOK

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
09/02/99 DEFENDANT IN CUSTODY
         SIMMONS,HENRY R. JR
09/02/99 PRISONER DATA SHEET TO ISSUE
         SIMMONS,HENRY R. JR
09/02/99 CONTINUANCE BY AGREEMENT                09/28/99
         SIMMONS,HENRY R. JR
09/28/99 DEFENDANT IN CUSTODY
         SIMMONS,HENRY R. JR
09/28/99 PRISONER DATA SHEET TO ISSUE
         SIMMONS,HENRY R. JR
09/28/99 DISCOVERY ANSWER FILED
         SIMMONS,HENRY R. JR
09/28/99 CHANGE PRIORITY STATUS            R
         SIMMONS,HENRY R. JR
09/28/99 WITNESSES ORDERED TO APPEAR
         SIMMONS,HENRY R. JR
09/28/99 CONTINUANCE BY AGREEMENT                11/12/99
         SIMMONS,HENRY R. JR
11/12/99 DEFENDANT IN CUSTODY
         SIMMONS,HENRY R. JR
11/12/99 PRISONER DATA SHEET TO ISSUE
         SIMMONS,HENRY R. JR
11/12/99 WITNESSES ORDERED TO APPEAR
         SIMMONS,HENRY R. JR
11/12/99 CONTINUANCE BY AGREEMENT                01/13/00
         SIMMONS,HENRY R. JR
01/13/00 DEFENDANT IN CUSTODY                    00/00/00
         LACY, WILLIAM G.
01/13/00 PRISONER DATA SHEET TO ISSUE            00/00/00
         LACY, WILLIAM G.
01/13/00 CONTINUANCE BY AGREEMENT                03/09/00
         LACY, WILLIAM G.
03/09/00 DEFENDANT IN CUSTODY                    00/00/00
         SALONE MARCUS R.
03/09/00 PRISONER DATA SHEET TO ISSUE            00/00/00
         SALONE MARCUS R.
03/09/00 CONTINUANCE BY AGREEMENT                04/18/00
         SALONE MARCUS R.

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS          Page 004

PEOPLE OF THE STATE OF ILLINOIS

                    VS                    NUMBER 98CR3072101

SAM          COOK

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

    I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
04/18/00 DEFENDANT IN CUSTODY                     00/00/00
        SIMMONS,HENRY R. JR
04/18/00 PRISONER DATA SHEET TO ISSUE             00/00/00
        SIMMONS,HENRY R. JR
04/18/00 CONTINUANCE BY AGREEMENT                 05/03/00
        SIMMONS,HENRY R. JR
05/03/00 DEFENDANT IN CUSTODY                     00/00/00
        SIMMONS,HENRY R. JR
05/03/00 PRISONER DATA SHEET TO ISSUE             00/00/00
        SIMMONS,HENRY R. JR
05/03/00 CONTINUANCE BY AGREEMENT                 06/12/00
        SIMMONS,HENRY R. JR
06/12/00 DEFENDANT IN CUSTODY                     00/00/00
        SIMMONS,HENRY R. JR
06/12/00 PRISONER DATA SHEET TO ISSUE             00/00/00
        SIMMONS,HENRY R. JR
06/12/00 WITNESSES ORDERED TO APPEAR              00/00/00
        SIMMONS,HENRY R. JR
06/12/00 CONTINUANCE BY AGREEMENT                 08/16/00
        SIMMONS,HENRY R. JR
08/16/00 DEFENDANT IN CUSTODY                     00/00/00
        SIMMONS,HENRY R. JR
08/16/00 PRISONER DATA SHEET TO ISSUE             00/00/00
        SIMMONS,HENRY R. JR
08/16/00 WITNESSES ORDERED TO APPEAR              00/00/00
        SIMMONS,HENRY R. JR
08/16/00 CONTINUANCE BY AGREEMENT                 09/20/00
        SIMMONS,HENRY R. JR
09/20/00 DEFENDANT IN CUSTODY                     00/00/00
        SIMMONS,HENRY R. JR
09/20/00 PRISONER DATA SHEET TO ISSUE             00/00/00
        SIMMONS,HENRY R. JR
09/20/00 WITNESSES ORDERED TO APPEAR              00/00/00
        SIMMONS,HENRY R. JR
09/20/00 CONTINUANCE BY AGREEMENT                 10/12/00
        SIMMONS,HENRY R. JR
10/12/00 DEFENDANT IN CUSTODY                     00/00/00
        SIMMONS,HENRY R. JR

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS          Page 005

PEOPLE OF THE STATE OF ILLINOIS

                        VS                    NUMBER 98CR3072101

SAM          COOK

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

   I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION

| Date | Event | Date |
|---|---|---|
| 10/12/00 | PRISONER DATA SHEET TO ISSUE<br>SIMMONS,HENRY R. JR | 00/00/00 |
| 10/12/00 | WITNESSES ORDERED TO APPEAR<br>SIMMONS,HENRY R. JR | 00/00/00 |
| 10/12/00 | CONTINUANCE BY AGREEMENT<br>SIMMONS,HENRY R. JR | 11/15/00 |
| 11/15/00 | DEFENDANT IN CUSTODY<br>SIMMONS,HENRY R. JR | 00/00/00 |
| 11/15/00 | PRISONER DATA SHEET TO ISSUE<br>SIMMONS,HENRY R. JR | 00/00/00 |
| 11/15/00 | WITNESSES ORDERED TO APPEAR<br>SIMMONS,HENRY R. JR | 00/00/00 |
| 11/15/00 | CONTINUANCE BY AGREEMENT<br>SIMMONS,HENRY R. JR | 12/11/00 |
| 12/11/00 | PRISONER DATA SHEET TO ISSUE<br>SIMMONS,HENRY R. JR | 00/00/00 |
| 12/11/00 | MOTION TO WITHDRAW AS ATTORNEY<br>DICKINSON<br>SIMMONS,HENRY R. JR | S      2 |
| 12/11/00 | PUBLIC DEFENDER APPOINTED<br>SIMMONS,HENRY R. JR | 00/00/00 |
| 12/11/00 | MOTION DEFT - CONTINUANCE - MD<br>SIMMONS,HENRY R. JR | 01/31/01 |
| 01/31/01 | DEFENDANT IN CUSTODY<br>SIMMONS,HENRY R. JR | 00/00/00 |
| 01/31/01 | PRISONER DATA SHEET TO ISSUE<br>SIMMONS,HENRY R. JR | 00/00/00 |
| 01/31/01 | CONTINUANCE BY AGREEMENT<br>SIMMONS,HENRY R. JR | 03/09/01 |
| 03/09/01 | DEFENDANT IN CUSTODY<br>SIMMONS,HENRY R. JR | 00/00/00 |
| 03/09/01 | PRISONER DATA SHEET TO ISSUE<br>SIMMONS,HENRY R. JR | 00/00/00 |
| 03/09/01 | MOTION DEFT - CONTINUANCE - MD<br>SIMMONS,HENRY R. JR | 04/19/01 |
| 04/19/01 | DEFENDANT IN CUSTODY<br>SIMMONS,HENRY R. JR | 00/00/00 |

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS          Page 006

PEOPLE OF THE STATE OF ILLINOIS

                VS                          NUMBER 98CR3072101

SAM          COOK

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION

| Date | Event | Date |
|------|-------|------|
| 04/19/01 | PRISONER DATA SHEET TO ISSUE<br>SIMMONS,HENRY R. JR | 00/00/00 |
| 04/19/01 | WITNESSES ORDERED TO APPEAR<br>WITH JURY<br>SIMMONS,HENRY R. JR | 00/00/00 |
| 04/19/01 | CONTINUANCE BY AGREEMENT<br>SIMMONS,HENRY R. JR | 06/25/01 |
| 06/25/01 | DEFENDANT IN CUSTODY<br>LACY, WILLIAM G. | 00/00/00 |
| 06/25/01 | PRISONER DATA SHEET TO ISSUE<br>LACY, WILLIAM G. | 00/00/00 |
| 06/25/01 | CONTINUANCE BY AGREEMENT<br>LACY, WILLIAM G. | 07/06/01 |
| 07/06/01 | DEFENDANT IN CUSTODY<br>LACY, WILLIAM G. | 00/00/00 |
| 07/06/01 | PRISONER DATA SHEET TO ISSUE<br>LACY, WILLIAM G. | 00/00/00 |
| 07/06/01 | CONTINUANCE BY AGREEMENT<br>LACY, WILLIAM G. | 07/09/01 |
| 07/09/01 | DEFENDANT IN CUSTODY<br>SIMMONS,HENRY R. JR | 00/00/00 |
| 07/09/01 | PRISONER DATA SHEET TO ISSUE<br>SIMMONS,HENRY R. JR | 00/00/00 |
| 07/09/01 | WITNESSES ORDERED TO APPEAR<br>SIMMONS,HENRY R. JR | 00/00/00 |
| 07/09/01 | CONTINUANCE BY AGREEMENT<br>SIMMONS,HENRY R. JR | 08/06/01 |
| 08/06/01 | DEFENDANT IN CUSTODY<br>SIMMONS,HENRY R. JR | 00/00/00 |
| 08/06/01 | PRISONER DATA SHEET TO ISSUE<br>SIMMONS,HENRY R. JR | 00/00/00 |
| 08/06/01 | BEHAVIOR CLINIC EXAM ORDERED<br>SIMMONS,HENRY R. JR | 08/06/01 |
| 08/06/01 | ENTERED AND CONTINUED<br>SIMMONS,HENRY R. JR | 00/00/00 |
| 08/06/01 | CONTINUANCE BY AGREEMENT<br>SIMMONS,HENRY R. JR | 08/08/01 |

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS          Page 009

PEOPLE OF THE STATE OF ILLINOIS

VS

NUMBER 98CR3072101

SAM          COOK

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION

01/30/02 PRISONER DATA SHEET TO ISSUE          00/00/00
     SIMMONS,HENRY R. JR
01/30/02 WITNESSES ORDERED TO APPEAR          00/00/00
     SIMMONS,HENRY R. JR
01/30/02 TRIAL COMENCED AND CONTINUED          01/31/02
     SIMMONS,HENRY R. JR
01/31/02 DEFENDANT IN CUSTODY          00/00/00
     SIMMONS,HENRY R. JR
01/31/02 PRISONER DATA SHEET TO ISSUE          00/00/00
     SIMMONS,HENRY R. JR
01/31/02 VERDICT OF GUILTY          C001 00/00/00
     SIMMONS,HENRY R. JR
01/31/02 BAIL REVOKED          00/00/00
     SIMMONS,HENRY R. JR
01/31/02 PRE-SENT INVEST. ORD, CONTD TO          00/00/00
     SIMMONS,HENRY R. JR
01/31/02 CONTINUANCE BY ORDER OF COURT          02/25/02
     SIMMONS,HENRY R. JR
02/25/02 DEFENDANT IN CUSTODY          00/00/00
     SIMMONS,HENRY R. JR
02/25/02 PRISONER DATA SHEET TO ISSUE          00/00/00
     SIMMONS,HENRY R. JR
02/25/02 MOTION DEFT - CONTINUANCE - MD          03/20/02
     SIMMONS,HENRY R. JR
03/20/02 DEFENDANT IN CUSTODY          00/00/00
     SIMMONS,HENRY R. JR
03/20/02 PRISONER DATA SHEET TO ISSUE          00/00/00
     SIMMONS,HENRY R. JR
03/20/02 CONTINUANCE BY AGREEMENT          03/28/02
     SIMMONS,HENRY R. JR
03/28/02 DEFENDANT IN CUSTODY          00/00/00
     SIMMONS,HENRY R. JR
03/28/02 MOTION DEFENDANT - NEW TRIAL          00/00/00 D          2
     SIMMONS,HENRY R. JR
03/28/02 DEF SENTENCED ILLINOIS DOC          C001
          42 YRS
     SIMMONS,HENRY R. JR

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS          Page 010

PEOPLE OF THE STATE OF ILLINOIS

VS                              NUMBER 98CR3072101

SAM          COOK

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
03/28/02 LESSER INCLUDED OFFENSE MERGED    C002
        INTO CT. 1
        SIMMONS,HENRY R. JR
03/28/02 CREDIT DEFENDANT FOR TIME SERV
        CREDIT FROM 10/28/1198
        SIMMONS,HENRY R. JR
03/28/02 SPECIAL ORDER
        ORAL MTN. TO RECONSIDER DENIED
        SIMMONS,HENRY R. JR
03/28/02 PUBLIC DEF APPTD FOR APPEAL
        SIMMONS,HENRY R. JR
03/28/02 CHANGE PRIORITY STATUS           M    00/00/00
        SIMMONS,HENRY R. JR
03/28/02 LET MITTIMUS ISSUE/MITT TO ISS        00/00/00
        SIMMONS,HENRY R. JR
04/23/02 NOTICE OF APPEAL FILED, TRNSFR        00/00/00
04/30/02 NOTICE OF NOTICE OF APP MAILED        00/00/00
04/30/02 HEARING DATE ASSIGNED                 05/03/02 1713
05/03/02 PUBLIC DEF APPTD FOR APPEAL           00/00/00
        BIEBEL, PAUL JR.
05/03/02 O/C FREE REPT OF PROCD ORD N/C        00/00/00
        BIEBEL, PAUL JR.
05/03/02 MEMO OF ORDS & NOA PICKED-UP          00/00/00
        BIEBEL, PAUL JR.
05/15/02 APPELLATE COURT NUMBER ASGND          00/00/00 02-1313
05/16/02 REPT OF PRCDS ORD FR CRT RPT          00/00/00
05/28/02 COMMON LAW RECORD PREPARED            00/00/00
06/05/02 CLR RECD BY APP COUNSEL               00/00/00
        PUBLIC DEFENDER
10/01/02 TRANS PROC REC/FILED CLKS OFF         00/00/00
10/04/02 REPORT OF PROCEEDINGS PREPARED        00/00/00
10/09/02 REPRT/PROCDS RECD BY APP ATTRY        00/00/00
        PUBLIC DEFENDER
01/08/03 SUPPL REPORT OF PRCD PREPARED         00/00/00
01/09/03 SUPPL REC RECD BY APPL COUNSEL        00/00/00
        PUBLIC DEFENDER
03/04/04 MANDATE FILED                         03/17/04 1701

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS          Page 011

PEOPLE OF THE STATE OF ILLINOIS

                        VS                    NUMBER 98CR3072101

SAM              COOK

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

   I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION

| Date | Event | Date | | |
|---|---|---|---|---|
| 03/17/04 | REVIEW COURT AFFIRMANCE | 00/00/00 | | |
| | BIEBEL, PAUL JR. | | | |
| 04/28/04 | SPECIAL ORDER | 00/00/00 | F | 2 |
| | GRAND JURY REPORTS & POLICE REPORTS (ETC). | | | |
| 04/28/04 | HEARING DATE ASSIGNED | 05/03/04 | 1718 | |
| 05/03/04 | DEFENDANT IN CUSTODY | 00/00/00 | | |
| | SIMMONS, HENRY R. JR | | | |
| 05/03/04 | SPECIAL ORDER | 00/00/00 | | |
| | PROSE REQUEST DENIED | | | |
| | SIMMONS, HENRY R. JR | | | |
| 08/11/04 | POST-CONVICTION FILED | 00/00/00 | | |
| 08/11/04 | HEARING DATE ASSIGNED | 08/20/04 | 1701 | |
| 08/20/04 | CASE ASSIGNED | 08/20/04 | 1718 | |
| | BIEBEL, PAUL JR. | | | |
| 08/20/04 | DEFENDANT IN CUSTODY | 00/00/00 | | |
| | SIMMONS, HENRY R. JR | | | |
| 08/20/04 | SPECIAL ORDER | 00/00/00 | | |
| | PETITION PATENTLY WITHOUT MERIT AND FRIVOLOUS THEREFORE DISMISSED | | | |
| | SIMMONS, HENRY R. JR | | | |
| 08/20/04 | POST-CONV PETITION DENIED | 00/00/00 | | |
| | SIMMONS, HENRY R. JR | | | |
| 08/20/04 | SPECIAL ORDER | 00/00/00 | | |
| | CLERK WILL NOTIFY DEFENDANT IN WRITING OF THE COURT"S RULING. | | | |
| | SIMMONS, HENRY R. JR | | | |
| 08/25/04 | NOTIFICATION SENT TO DEFENDANT | 00/00/00 | | |
| 09/29/04 | SPECIAL ORDER | 00/00/00 | F | 2 |
| | RECONSIDERATION FOR CAUSE & LEAVE TO FILE AMENDED P.C.PETITION. | | | |
| 09/29/04 | HEARING DATE ASSIGNED | 10/04/04 | 1718 | |
| 10/04/04 | DEFENDANT IN CUSTODY | 00/00/00 | | |
| | GAUGHAN, VINCENT | | | |
| 10/04/04 | CONTINUANCE BY ORDER OF COURT | 10/05/04 | | |
| | GAUGHAN, VINCENT | | | |
| 10/05/04 | DEFENDANT IN CUSTODY | 00/00/00 | | |
| | SIMMONS, HENRY R. JR | | | |
| 10/05/04 | CONTINUANCE BY ORDER OF COURT | 10/29/04 | | |
| | SIMMONS, HENRY R. JR | | | |
| 10/29/04 | CONTINUANCE BY AGREEMENT | 11/04/04 | | |
| | GAUGHAN, VINCENT | | | |

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS          Page 012

PEOPLE OF THE STATE OF ILLINOIS

                          VS                    NUMBER 98CR3072101

        SAM          COOK

        CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

   I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION

| Date | Event | Date2 | | |
|---|---|---|---|---|
| 11/04/04 | DEFENDANT IN CUSTODY SIMMONS,HENRY R. JR | 00/00/00 | | |
| 11/04/04 | PRISONER DATA SHEET TO ISSUE SIMMONS,HENRY R. JR | 00/00/00 | | |
| 11/04/04 | CONTINUANCE BY AGREEMENT SIMMONS,HENRY R. JR. | 11/12/04 | | |
| 11/12/04 | DEFENDANT NOT IN COURT SIMMONS,HENRY R. JR | 00/00/00 | | |
| 11/12/04 | PRISONER DATA SHEET TO ISSUE SIMMONS,HENRY R. JR | 00/00/00 | | |
| 11/12/04 | CONTINUANCE BY AGREEMENT SIMMONS,HENRY R. JR | 11/15/04 | | |
| 11/15/04 | DEFENDANT IN CUSTODY SIMMONS,HENRY R. JR | 00/00/00 | | |
| 11/15/04 | PRISONER DATA SHEET TO ISSUE SIMMONS,HENRY R. JR | 00/00/00 | | |
| 11/15/04 | SPECIAL ORDER PETITION DISMISSED SIMMONS,HENRY R. JR | 00/00/00 | | |
| 02/02/05 | SPECIAL ORDER STATUS HEARING,SUPPLEMENTAL BRIEF. | 00/00/00 | F | 2 |
| 02/02/05 | HEARING DATE ASSIGNED | 02/07/05 | 1718 | |
| 02/07/05 | CONTINUANCE BY ORDER OF COURT SIMMONS,HENRY R. JR | 02/10/05 | | |
| 02/10/05 | DEFENDANT IN CUSTODY SIMMONS,HENRY R. JR | 00/00/00 | | |
| 02/10/05 | PREVIOUS ORDER TO STAND ORDER OF 11/15/2004 TO STAND SIMMONS,HENRY R. JR | 00/00/00 | | |
| 02/10/05 | SPECIAL ORDER OFF CALL SIMMONS,HENRY R. JR | 00/00/00 | | |
| 09/10/04 | NOTICE OF APPEAL FILED, TRNSFR | 00/00/00 | | |
| 06/17/05 | NOTICE OF NOTICE OF APP MAILED | 00/00/00 | | |
| 06/17/05 | HEARING DATE ASSIGNED | 06/24/05 | 1713 | |
| 06/24/05 | ILL STATE APPELLATE DEF APPTD BIEBEL, PAUL JR. | 00/00/00 | | |

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS          Page 013

PEOPLE OF THE STATE OF ILLINOIS

VS                           NUMBER 98CR3072101

SAM          COOK

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
06/24/05 O/C FREE REPT OF PROCD ORD N/C            00/00/00
    BIEBEL, PAUL JR.
06/24/05 MEMO OF ORDS & NOA PICKED-UP              00/00/00
    BIEBEL, PAUL JR.
07/15/05 APPELLATE COURT NUMBER ASGND              00/00/00 05-2085
08/03/05 SPECIAL ORDER                             00/00/00 F       2
    MOTION FOR DISCOVERY.
08/03/05 HEARING DATE ASSIGNED                     08/09/05 1718
07/20/05 REPT OF PRCDS ORD FR CRT RPT              00/00/00
08/09/05 SPECIAL ORDER                             00/00/00
    PRO SE MOTION DENIED-OFF CALL
    SIMMONS,HENRY R. JR
08/16/05 COMMON LAW RECORD PREPARED                00/00/00
08/18/05 CLR RECD BY APP COUNSEL                   00/00/00
    STATE APPELLATE DEFENDER
10/12/05 TRANS PROC REC/FILED CLKS OFF             00/00/00
10/20/05 REPRT/PROCDS RECD BY APP ATTRY            00/00/00
    STATE APPELLATE DEFENDER - ONE VOLUME
10/20/05 REPORT OF PROCEEDINGS PREPARED            00/00/00
    (1)VOL
12/05/05 SUPPLEMENTAL CLR PREPARED                 00/00/00
    CERTAIN DOCUMENTS(1)VOL
12/08/05 SUPPL REC RECD BY APPL COUNSEL            00/00/00
    STATE APPELLATE DEFENDER - ONE VOLUME
10/03/06 SPECIAL ORDER                             00/00/00 F       2
    MOTION DISCOVERT,POLICE REPORTS (ETC).
10/03/06 HEARING DATE ASSIGNED                     10/10/06 1718
10/10/06 SPECIAL ORDER                             00/00/00
    PRO SE REQUEST DENIED OFF CALL
    SIMMONS,HENRY R. JR
03/12/07 MANDATE FILED                             03/21/07 1701
03/21/07 SPECIAL ORDER                             00/00/00
    AFFIRMED
    PORTER DENNIS J
11/13/07 SPECIAL ORDER                             00/00/00 F       2
    DISMISS INDICTMENT.
11/13/07 HEARING DATE ASSIGNED                     11/16/07 1718

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS          Page 014

PEOPLE OF THE STATE OF ILLINOIS

                    VS                    NUMBER 98CR3072101

SAM          COOK

           CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

    I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
11/16/07 DEFENDANT IN CUSTODY                    00/00/00
        OBBISH JAMES M.
11/16/07 PRISONER DATA SHEET TO ISSUE            00/00/00
        OBBISH JAMES M.
11/16/07 SPECIAL ORDER                           00/00/00
        PRO SE MOT TO DISMISS IND
        OBBISH JAMES M.
11/16/07 CONTINUANCE BY ORDER OF COURT           12/14/07
        OBBISH JAMES M.
11/26/07 SPECIAL ORDER                           00/00/00 F      2
        GRAND JURY TRANSCRIPTS.
11/26/07 HEARING DATE ASSIGNED                   12/14/07 1718
12/14/07 DEFENDANT IN CUSTODY                    00/00/00
        OBBISH JAMES M.
12/14/07 DEFENDANT NOT IN COURT                  00/00/00
        OBBISH JAMES M.
12/14/07 MOTION TO DISMISS INDICTMENT            00/00/00 D        2
        OBBISH JAMES M.
12/14/07 SPECIAL ORDER                           00/00/00
        WRITTEN ORDER ENTERED. OFF CALL. CLERK TO NOTIFY.
        OBBISH JAMES M.

                              I hereby certify that the foregoing has
                              been entered of record on the above
                              captioned case.
                              Date 12/18/07

                         _____
                                   DOROTHY BROWN
                    CLERK OF THE CIRCUIT COURT OF COOK COUNTY

# SEVENTH CIRCUIT COURT OF APPEALS INFORMATION SHEET

Include the names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal.  Use a separate sheet if needed.

NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION DOCKET NUMBER:     07 cv 6851

| PLAINTIFF (Petitioner) | v. | DEFENDANT (Respondent) |
|---|---|---|
| Cook/appellant | | McCainn/appellee |

(Use separate sheet for additional counsel)

| PETITIONER'S COUNSEL | | RESPONDENT'S COUNSEL | |
|---|---|---|---|
| Name | Sam Cook | Name | Sheri L. Wong |
| Firm | pro-se  #B39841 | Firm | Office of the Atty General |
| Address | Stateville - STV P.O. Box 112 Joliet, IL. 60434 | Address | 100 W. Randolph St. Chgo.Il. 60603 |
| Phone | | Phone | 312) 814-3692 |

| Other Information | | | |
|---|---|---|---|
| District Judge | Shadur | Date Filed in District Court | 12/10/07 |
| Court Reporter | J. Andrews   X-6899 | Date of Judgment | 1/4/08 |
| Nature of Suit Code | 530 | Date of Notice of Appeal | 1/28/08 |

COUNSEL:        Appointed [   ]        Retained [   ]        Pro Se [ X ]

FEE STATUS:        Paid [   ]        Due [ X ]        IFP [   ]

                   IFP Pending [   ]        U.S. [   ]        Waived [   ]

Has Docketing Statement been filed with the District Court Clerk's Office?     Yes [ X ]     No [   ]

If State/Federal Habeas Corpus (28 USC 2254/28 USC 2255), was Certificate of Appealability:

        Granted [   ]        Denied [ X ]        Pending [   ]

If Certificate of Appealability was granted or denied, date of order:     2/1/08

If defendant is in federal custody, please provide U.S. Marshall number (USM#):

**IMPORTANT: THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(A).   Rev 04/01**

UNITED STATES COURT OF APPEALS

FOR THE SEVENTH CIRCUIT

**FILED**

219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604-184

JAN 2 8 2008 *aaw*

DOCKETING STATEMENT

**MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

07 C 6851

Type of Action

XXXXXXXXX Civil

✗✗ Criminal/Prisoner

Cross Appeal

District **N.D.**   Judge **MILTON SHADUR**

District Court Docket Number 07 C 6851

Statute or Other authority establishing jurisdiction in the:

District Court **Northern District of Illinois, eastern Division**

Court of Appeals **7th. Circuit**

A. Timeless of Appeal

1. Date of entry of judgment or order appealed from **01-04-08**
2. Date this notice of appeal filed **01-14-08**
3. Filing date of any post-judgment motion filed by any party which tolls time under FRAP 4(a)(4) or 4(b) **N.A.**
4. Date of entry of order deciding above post-judgment motion

5. **Filing date of any motion to extend time under FRAP 4(a)(5) or 4(b)**
   **N.A.**

B. Finality of Order or Judgment

1. Is the order of judgment appealed from a final decision on the merits?
   Yes **X**   No _____

2. If no, a). Did the district court order entry of judgment as to less than all claims or all parties pursuant to FRCP 54(b)?
   Yes _____ No _____

   b). Is the order appealed from a collateral or interlocutory order reviewable under any exception to the finality rule?

   Yes **✗** No **✗**
      If yes, explain _____
   (Criminal only)

3. Has the defendant been convicted? Yes **✗** No _____ .

4. Has a sentence been imposed?  Yes X  No___.

5. Is the defendant incarcerated?  Yes X  No___.

C. Has this case previously been appealed?  Yes X  No___.

   If yes, give the case name, docket number and disposition of each prior

   appeal on a separate sheet.

D. Are any related cases or cases raising related issues pending in this court,

   any district court of this circuit, or the Supreme Court?  Yes___ No X.

   If yes, cite the case and the manner in which it is related on a separate

   sheet.

E. State the nature of the suit, the relief sought, and the outcome below.

F. Issues to be raised on appeal.  Attach one additional page if necessary.

G. Is settlement being discussed?  Yes___ No X.

H. Is disposition on motions, memoranda, or an abbreviated briefing schedule

   appropriate?  Yes___ No X.  If yes, explain on a separate sheet.

   Is oral argument necessary?  Yes___ No X.

I. Were there any in-court proceedings below?  Yes___ No X.

   Is a transcript necessary for this appeal?  Yes X  No___.  If yes, is transcripts

   already on file with district court?  Yes X  No___.

   If transcript is not already on file, attach copy 1 of transcripts order.

J. List each adverse party to the appeal.  Attach additional sheets if necessary.

   If no attorney, give address and telephone number of the adverse party.

   1. Adverse party  TERRY MCCANN
      Attorney  ILL ATT. GENERAL
      Address_____
      Telephone_____

   2. Adverse party_____
      Attorney_____
      Address_____
      Telephone_____

2

K. Appellant(s) Name  SAM  Cook

If incarcerated, give identification number  B-39441

Telephone

L. Attorney or pro se litigant filing Docket Statement.  Will you be handling
the appeal?  Yes___ No X .

Name

Attorney (    )  Pro Se (X)

Firm

Address

Telephone

If this is a joint statement by multiple appellants, add the names and
address of other appellants and counsel joining in this Docketing Statement
on an additional sheet, accompanied by a certification that all appellants
concur in this filing.

Signature  Sam Cook

Date  1-16-2008

1. Additional pages, if any, containing extended answers to questions on this
form.

2. A copy of the order or judgment from which the appeal is taken.

3. Copy 1 of the transcript order, if any.

4. A certificate of service.

3

Clerk                                                    Sam Cook

United states District Court                             B-39841

United States Courthouse                                 Box 112

Chicago, Il. 60604                                       Joliet,Il.-60434


                        January 22, 2008

                                RE:<u>DOCKETING STATEMENTR</u>

Dear Clerk:

     Please find attached a copy of the DOCKETING STATEMENT  that I forgot
to place with the NOTICE OF APPEAL i sent to your Office on
January 17B, 2008.

     Please file it with those papers.

     Thank you very much for your time and consideration in this
matter.

                              Respectfully,

                              _Sam Cook_____

                              SAM COOK,Petitioner, Pro Se

                              B- 30841

                              BOX 112

                              JOLIET, IL. - 60434

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Sam Cook

                  Plaintiff,

v.                                           Case No.: 1:07−cv−06851

                                           Honorable Milton I. Shadur

Terry McCainn

                  Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 4, 2008:

      MINUTE entry before Judge Milton I. Shadur :Civil case terminated. Enter Memorandum Order. Accordingly "it plainly appears from the petition and any attached exhibits that the petitioner is not entitled to relief in the district court" (Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts), and this Court therefore dismisses the Petition. That calls for the denial on mootness grounds of Cook's earlier−filed motion seeking the appointment of counsel, and this Court so orders.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.

                    IN THE UNITED STATES DISTRICT COURT
                   FOR THE NORTHERN DISTRICT OF ILLINOIS
                            EASTERN DIVISION

UNITED STATES OF AMERICA ex rel.   )
SAM COOK #B-39841,                 )
                                   )
                    Petitioner,    )
                                   )
          v.                       )       No.  07 C 6851
                                   )
TERRY McCANN,                      )
                                   )
                    Respondent.    )

                          MEMORANDUM ORDER

       As soon as this Court received its chambers copy of the 28

U.S.C. §2254[1] Petition for Writ of Habeas Corpus - Person in

State Custody ("Petition") that has been submitted by pro se

petitioner Sam Cook ("Cook"),it recognized the lurking potential

for the fatal untimeliness of the Petition under Section 2244(d).

It therefore parsed the required calculations under that section

carefully in a December 11, 2007 memorandum order ("Order"),

resulting in the conclusion that the Petition was indeed out of

time even under the most favorable pro-Cook assumptions.  But

pursuant to last year's opinion of the United States Supreme

Court in Day v. McDonough, 547 U.S. 198, 209-10 (2006), the Order

accorded Cook (and the respondent Warden as well) the opportunity

to provide input on the subject before this Court dealt with the

timeliness issue in ultimate terms.

       Cook has now responded with a filing that he captions

_____

       [1]   All further references to Title 28's provisions will
simply take the form "Section--."

"Petitioner Reply to Memorandum Order of December 11, 2007," in which he candidly acknowledges the untimeliness of his filing and the fairness of this Court's adherence to the teaching in <u>Day</u>. But all that Cook advances in substantive terms are (1) the claimed existence of issues of constitutional merit and (2) an asserted absence of fault on his part because he "cannot, in all fairness be held at fault for delays by state courts or prisoner lock-downs." Because the first of those assertions is reachable only if the Petition survives in timeliness terms, this follow-up memorandum order focuses on Cook's second contention.

In that respect, nothing in the way that Section 2244(d) is structured creates problems for Cook because of any asserted state court delays. To the contrary, the calculation of the one-year limitation period under that statute is predicated solely on the <u>petitioner's</u> delays, for the limitations clock does not begin to tick until the state courts have completed their consideration and the time for seeking certiorari has run (see Section 2244(d)(1)(A)) and because tolling applies throughout any period during which the petitioner has a state post-conviction proceeding that is still pending (see Section 2244(d)(2)).

That leaves only Cook's assertion in Reply ¶1 that "there was numerous lock-downs at the prison and other issues that made it hard to file some papers, but, all were filed timely." That acknowledgment really torpedoes Cook's contention that he cannot

2

be faulted for delays ascribable to such lockdowns--as Order at 3 pointed out, Cook had fully 8-1/2 months, once the Illinois Supreme Court had denied leave to appeal from the Illinois Appellate Court's adverse ruling as to state post-conviction relief, within which he could have filed his federal habeas Petition. Yet he let the matter go without a filing during that long period. No reference by Cook to sporadic lockdowns (rather than a continuous lockdown that would have precluded any filing) can save him from the operation of Section 2244(d)(1).

Accordingly "it plainly appears from the petition and any attached exhibits that the petitioner is not entitled to relief in the district court" (Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts), and this Court therefore dismisses the Petition (id.). That calls for the denial on mootness grounds of Cook's earlier-filed motion seeking the appointment of counsel, and this Court so orders.

_____
Milton I. Shadur
Senior United States District Judge

Date:  January 4, 2008

APPEAL, HABEAS, TERMED, VALDEZ

# United States District Court
# Northern District of Illinois - CM/ECF LIVE, Ver 3.0 (Chicago)
# CIVIL DOCKET FOR CASE #: 1:07-cv-06851
# Internal Use Only

Cook v. McCainn et al
Assigned to: Honorable Milton I. Shadur
Cause: 28:2254 Petition for Writ of Habeas Corpus
(State)

Date Filed: 12/10/2007
Date Terminated: 01/04/2008
Jury Demand: None
Nature of Suit: 530 Prisoner: Habeas Corpus
Jurisdiction: Federal Question

**Petitioner**

**Sam Cook**
*United States of America ex rel.*

represented by **Sam Cook**
B-39841
Stateville - STV
P.O. Box 112
Joliet, IL 60434
PRO SE

V.

**Respondent**

**Terry McCainn**

represented by **Sheri L. Wong**
Office of the Attorney General
100 West Randolph Street
Chicago, IL 60601
(312) 814-3692
Fax: (312) 814-2253
Email: swong@atg.state.il.us
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Respondent**

**Lisa Madigan**

**Service List**

represented by **Chief of Criminal Appeals**
Attorney General's Office

100 West Randolph - 12 Floor
Chicago, IL 60601
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/04/2007 | 1 | RECEIVED Petition and one copy by Sam Cook; Notice.(Exhibits) (kjc, ) (Entered: 12/06/2007) |
| 12/04/2007 | 3 | APPLICATION by Petitioner Sam Cook for leave to proceed in forma pauperis.(Exhibits) (kjc, ) (Entered: 12/06/2007) |
| 12/04/2007 | 4 | MOTION by Petitioner Sam Cook for appointment of counsel. (kjc, ) (Entered: 12/06/2007) |
| 12/04/2007 | 5 | LETTER from Sam Cook dated 11/28/07. (kjc, ) (Entered: 12/06/2007) |
| 12/04/2007 | 8 | POST MARKED envelope for initiating document by Sam Cook (Document not scanned) (aew, ) (Entered: 12/12/2007) |
| 12/05/2007 | 2 | CIVIL Cover Sheet. (kjc, ) (Entered: 12/06/2007) |
| 12/06/2007 | | MAILED Copy of Petition to Chief of Criminal Appeals via certified mail, article number 7006 0100 0001 7313 6669. (kjc, ) (Entered: 12/06/2007) |
| 12/10/2007 | 9 | (Court only) RECEIPT regarding payment of filing fee paid; on 12/10/2007 in the amount of $5.00, receipt number 10342531 (mb, ) (Entered: 12/13/2007) |
| 12/11/2007 | 7 | MEMORANDUM Order Signed by Judge Milton I. Shadur on 12/11/2007:Mailed notice(srn, ) (Entered: 12/12/2007) |
| 12/12/2007 | 6 | MINUTE entry before Judge Milton I. Shadur :Enter Memorandum Order. Both Cook and the Attorney General's office are ordered to respond solely on the statute of limitations issue - - not on the merits of Cook's contentions by a filing to be received in this District Court on or before January 11, 2008. Motion for leave to proceed in forma pauperis**3** denied. Cook should promptly remit a check or money order for $5 payable to the Clerk of Court, United States District Court. Motion to appoint counsel **4** is denied, subject to possible further review based either (1) on the basis for Cook's response of (2) for purposes of addressing the merits if the Petition survives as timely brought.Mailed notice (srn, ) (Entered: 12/12/2007) |
| 12/12/2007 | 10 | PETITION for writ of habeas corpus filed by Sam Cook against Terry McCainn, Lisa Madigan Filing fee $ 5.(mb, ) (Entered: 12/13/2007) |
| 12/14/2007 | 11 | RETURN of U.S. Post Office receipt, Article number 7006 0100 0001 7313 6669. (gmr, ) (Entered: 12/18/2007) |
| 12/21/2007 | 12 | ATTORNEY Appearance for Respondent Terry McCainn by Sheri L. |

| | | Wong (Wong, Sheri) (Entered: 12/21/2007) |
|---|---|---|
| 01/02/2008 | **15** | REPLY to Memorandum Order of December 11, 2007 by Petitioner Sam Cook; Notice (mb, ) (Entered: 01/07/2008) |
| 01/04/2008 | **13** | MINUTE entry before Judge Milton I. Shadur :Civil case terminated. Enter Memorandum Order. Accordingly "it plainly appears from the petition and any attached exhibits that the petitioner is not entitled to relief in the district court" (Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts), and this Court therefore dismisses the Petition. That calls for the denial on mootness grounds of Cook's earlier-filed motion seeking the appointment of counsel, and this Court so orders.Mailed notice (srn, ) (Entered: 01/04/2008) |
| 01/04/2008 | **14** | MEMORANDUM Order Signed by Judge Milton I. Shadur on 1/4/2008:Mailed notice(srn, ) (Entered: 01/04/2008) |
| 01/28/2008 | **16** | MOTION by Petitioner Sam Cook to vacate order of 01/04/08 (Exhibits). (ar, ) (Entered: 02/01/2008) |
| 01/28/2008 | **17** | REQUEST by Petitioner Sam Cook for certificate of appealability. (ar, ) (Entered: 02/01/2008) |
| 01/28/2008 | **18** | AFFIDAVIT of Plaintiff, Sam Cook, accompanying motion for permisson to appeal in forma pauperis on USCA 7th Circuit form (Exhibit). (ar, ) (Entered: 02/01/2008) |
| 01/28/2008 | **19** | DOCKETING Statement by Plaintiff Sam Cook. (ar, ) (Entered: 02/01/2008) |
| 01/28/2008 | **20** | NOTICE by Plaintiff Sam Cook as to his motion to vacate order of 01/04/08 **16**, motion for permission to appeal in forma pauperis **18**, docketing statement **19**, and motion for certificate of appealability **17**. (ar, ) (Entered: 02/01/2008) |
| 01/28/2008 | **23** | NOTICE of appeal by Sam Cook regarding orders **13**, **14** (Fee Due) (dj, ) (Entered: 02/01/2008) |
| 02/01/2008 | **21** | MINUTE entry before Judge Milton I. Shadur : Enter Memorandum Order, this Court denies both Cook's motion to vacate its 01/04/08 memorandum order **16** and his request for a certificate of appealability **17**, but, as required by Section 1915, it orders Cook to pay the full $455.00 in appellate filing fees in future installments. Cook is advised that he may present his request for a certificate of appealability to the Court of Appeals. (For further detail see separate order). Mailed notice (ar, ) (Entered: 02/01/2008) |
| 02/01/2008 | **22** | MEMORANDUM Order, signed by Judge Milton I. Shadur on 2/1/2008 **21**. Mailed notice (ar, ) (Entered: 02/01/2008) |