# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

**DISMISSAL PER CIRCUIT RULE 3(b)**



Date: March 14, 2008

By the Court:

No. 08-1252

SAM COOK,
                Petitioner - Appellant

  v.

TERRY L. MCCANN, Warden,
                Respondent - Appellee

FILED

MAR 17 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

MAR 17 2008

Appeal from the United States District Court for the
Northern District of Illinois, Eastern Division
No. 07 C 6851, Milton I. Shadur, Judge

      This cause, docketed on 2/1/08, is **DISMISSED** for failure to timely pay the required docketing fee, pursuant to Circuit Rule 3(b).

(1030-110293)