# United States Court of Appeals

For the Seventh Circuit

Chicago, Illinois 60604

**NOTICE OF ISSUANCE OF MANDATE**



DATE:    March 14, 2008

MAR 17 2008

TO:    Michael W. Dobbins
United States District Court
Northern District of Illinois
219 S. Dearborn Street
Chicago, IL   60604

# F I L E D

MAR 17 2008

**MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

FROM:    Clerk of the Court

RE:    08-1252
Cook, Sam v. McCann, Terry
07 C 6851, Milton I. Shadur, Judge

Herewith is the mandate of this court in this appeal.
A certified copy of the opinion/order of the court
shall constitute the mandate.

The record that was filed with this court in this cause
will be returned at a later date.

Copies of this notice sent to:          Counsel of record

[ ]     United States Marshal

[ ]     United States Probation Office

Please acknowledge receipt of these documents on the enclosed copy
of this notice.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Received above mandate from the Clerk, U.S.  Court of Appeals for
the Seventh Circuit.

Date: _____    _____
(1203-052495)                           Deputy Clerk, U.S. District Court