UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.1.3**
Eastern Division

Sam Cook

              Plaintiff,

v.                                             Case No.: 1:07−cv−06851
                                                   Honorable Milton I. Shadur

Terry McCainn

              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 8, 2008:

        MINUTE entry before Judge Honorable Milton I. Shadur:Enter Memorandum Order. Accordingly this Court sua sponte vacates all aspects of the February 1, 2008 memorandum order that call for payment of fling fees on Cook's part.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.