UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Sam Cook
        Plaintiff,

v.   Case No.: 1:07−cv−06851
    Honorable Milton I. Shadur

Terry McCainn
        Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 10, 2008:

    MINUTE entry before Judge Honorable Milton I. Shadur:Enter Memorandum Order. This Court's brief April 8, 2008 memorandum order is vacated, and the February 1, 2008 memorandum order remains in full effect in accordance with its terms.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.