IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel.<br>SAM COOK #B-39841, | )<br>)<br>) | |
| Petitioner, | ) | |
| v. | )<br>) | No.  07 C 6851 |
| TERRY McCANN, | )<br>) | |
| Respondent. | ) | |

MEMORANDUM ORDER

This Court has received mixed signals from the Court of Appeals staff as to the appellate filing fee requirements applicable to appeals in habeas corpus cases. Now the latest--and what this Court has been assured is the definitive--word is that what was set forth in this Court's original February 1, 2005 memorandum order (requiring payment of the full $455 in appellate fees) was and is correct. Accordingly this Court's brief April 8, 2008 memorandum order is vacated, and the February 1, 2008 memorandum order remains in full effect in accordance with its terms.

_____
Milton I. Shadur
Senior United States District Judge

Date:  April 10, 2008