CERTIFIED COPY

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Dirksen Federal Building
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

April 15, 2008

FILED
APR 16 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

*By the Court:*

| No.: 08-1252 | SAM COOK, Petitioner - Appellant  v.  TERRY L. MCCANN, Respondent - Appellee |
|---|---|

| Originating Case Information: |
|---|
| District Court No: 1:07-cv-06851  Northern District of Illinois, Eastern Division  District Judge Milton Shadur |

Upon consideration of the **MOTION TO RECALL THE MANDATE**, filed on March 24, 2008, by the pro se appellant,

**IT IS ORDERED** that the motion is **GRANTED**. This court's final order dated March 14, 2008, is **VACATED**, the mandate is **RECALLED**, and this appeal is **REINSTATED**. The clerk of this court shall file **INSTANTER** the tendered copies of the appellant's motion to proceed on appeal in forma pauperis.

form name: c7_Order_BTC

form ID: 178



A True Copy:
Teste:
Clerk of the United States
Court of Appeals for the
Seventh Circuit