# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

Submitted May 30, 2008
Decided June 23, 2008

**FILED**

JUN 2 5 2008  NF,
6-25-2008
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

**Before**

JOHN L. COFFEY, *Circuit Judge*

JOEL M. FLAUM, *Circuit Judge*

No. 08-1252

SAM COOK,
    *Petitioner-Appellant,*

    *v.*

TERRY McCANN,
    *Respondent-Appellee.*

Appeal from the United States District
Court for the Northern District of Illinois,
Eastern Division.

No. 1:07-cv-06851

Milton I. Shadur,
*Judge.*

## O R D E R

Sam Cook has filed a notice of appeal from the denial of his petition under 28 U.S.C. § 2254, which we construe as an application for a certificate of appealability. This court has reviewed the final order of the district court and the record on appeal. We find no substantial showing of the denial of a constitutional right. *See* 28 U.S.C. § 2253(c)(2).

Accordingly, the request for a certificate of appealability is **DENIED.** Cook's motions to proceed in forma pauperis and for appointment of counsel are **DENIED.**