**CERTIFIED COPY**

# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

Submitted May 30, 2008
Decided June 23, 2008

Before

JOHN L. COFFEY, Circuit Judge

JOEL M. FLAUM, Circuit Judge

No. 08-1252

SAM COOK,
    *Petitioner-Appellant,*

v.

TERRY McCANN,
    *Respondent-Appellee.*

Appeal from the United States District Court for the Northern District of Illinois, Eastern Division.

No. 1:07-cv-06851

Milton I. Shadur,
*Judge.*

## ORDER

Sam Cook has filed a notice of appeal from the denial of his petition under 28 U.S.C. § 2254, which we construe as an application for a certificate of appealability. This court has reviewed the final order of the district court and the record on appeal. We find no substantial showing of the denial of a constitutional right. *See* 28 U.S.C. § 2253(c)(2).

Accordingly, the request for a certificate of appealability is **DENIED**. Cook's motions to proceed in forma pauperis and for appointment of counsel are **DENIED**.